FILED & JUDGMENT ENTERED
David E. Weich

Sep 12 2007

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

J. Craig Whitley
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| **SEERTECH CORPORATION,** | ) | |
| | ) | Case No. 06-31156 |
| | ) | Chapter 7 |
| Debtor. | ) | |
| | ) | |

**ORDER**

**THIS MATTER** is before this Court pursuant to Order dated March 23, 2007 directing Michael D. Sauvante ("Sauvante") to appear and show cause why he should not be held in civil contempt. A hearing was held on May 14, 2007. Both Sauvante and the Chapter 7 Trustee Richard M. Mitchell ("Trustee") were present and represented by counsel.

Having considered the evidence, and upon a review of applicable law, the undersigned Court holds Sauvante liable to the Trustee for his costs and attorneys fees, not for civil contempt of court, but for violating the Barton Doctrine by initiating proceedings against the Trustee in another forum

without leave of this Court. Sauvante is enjoined from prosecuting, or voluntarily participating in, the grievance proceeding that he initiated against the Trustee on January 29, 2007 with the North Carolina State Bar ("State Bar"). He is further enjoined from filing any further grievances, or instituting other proceeding against the Trustee or his agents, in any other forum without prior written permission of this Court after notice and hearing.

## FACTS/PRIOR PROCEEDINGS

1. Seertech Corporation ("Seertech") filed a voluntary Chapter 7 petition in this Court on July 21, 2006.

2. Seertech is the surviving entity by merger and/or acquisition, of a hodgepodge of other entities, including: LaSalle Capital Corporation; The Seer Group, Inc.; Voltaflex, Inc. ("Voltaflex"); and Rolltronics Corporation ("Rolltronics"). The Seertech case has been substantively consolidated with the bankruptcy cases of Voltaflex and Rolltronics.

3. Richard M. Mitchell is Trustee for the Debtors' consolidated estate.

4. According to company President, Frank W. Bachinsky, III ("Bachinsky"), Seertech was a "pre-revenue" technology development company. Bachinsky's description is overly generous as to the true nature of this business. In actuality, Seertech and its predecessor entities were non-operational shell corporations created by their principals (Bachinsky and Sauvante) in succession to bilk investors. Typically, the principals would form a startup company and solicit investment upon representation that the new company was developing exciting (and soon to be profitable) new technologies for market. Unfortunately, long before any technologies appeared, the investment monies disappeared. The companies were then shut down, merged into other entities, or otherwise discarded.

Bachinsky and Sauvante would move on, transferring the "technology" (which was licensed, not owned, by the old entity) to a new entity, and repeat the cycle. In short, based upon the extensive testimony taken to date in this bankruptcy case, the Seertech entities were "scams."

5. Of course, investors did not take well to losing their money. As the startup companies failed, some of the investors sought to collect. Their collection activities were met by aggressive action. Bachinsky and/or Sauvante would file preemptive suits or counterclaims against the investors, alleging defamation and other torts. The Seertech bankruptcy case was precipitated by just such action.

6. In 2004, Voltaflex and Rolltronics filed a preemptive state court action against a dozen or so disgruntled investors. *See Voltaflex Corp. v. Elizabeth McMillan,* Case No. CIV 440136 (Super. Ct. of Cal., County of San Mateo 2004). The investors cross-claimed against Bachinsky, Sauvante and others. At a settlement conference held in October 2005, the action was settled. Bachinsky and Sauvante agreed that the Voltaflex/ Rolltronics investors would be repaid some $480,000, not by Voltaflex and Rolltronics, but by successor entity The Seer Group, Inc. By name change, this is the entity we know as Seertech.

7. These settlement payments were to be paid in installments. When all of the promised payments were not made, investors again began to press for payment. This caused Bachinsky to file Seertech in this voluntary bankruptcy case. *See* Motion of Elizabeth Green for Summ. J., Supp. Aff. of Lawrence Green, Adv. No. 06-3287 (Bankr. W.D.N.C. March 23, 2007). Mitchell was appointed Trustee shortly thereafter.

8. By the Seertech creditors' meeting held on August 23, 2006, the Trustee had spoken with several of the disgruntled investors. Having heard their stories, he was suspicious about Seertech's bona fides. He was even more suspicious because Seertech had scheduled almost no assets in its bankruptcy case. Finally, the Trustee was suspicious because Seertech and its principals had provided the Trustee with very few company records and almost no financial documentation.

9. Consequently, at that first meeting, the Trustee questioned Bachinsky in depth about the debtor, its predecessor entities and about company principals. The Trustee also sought the records, and was assured by Bachinsky that these would be supplied.

10. When those records were still not produced, on September 25, 2006, the Trustee filed a show cause motion against Bachinsky. Bachinsky was ordered to appear in court and

explain the failure to turnover the books and records. Order entered September 26, 2006.

11. At the hearing held October 12, 2006, Bachinsky tried to blame the failure to turn over the companies' books and records on a personal illness and on the fact that many of these records were in California in Sauvante's possession.

12. A contempt citation against Bachinsky would be required before these records would be produced. The contempt/turnover hearings would not be resolved, nor would production be complete, until May 2007.

13. The Trustee's attempt to obtain these records led to the current dispute. Two days after the Seertech creditors meeting, on August 25, 2006, Sauvante attempted to derail the Trustee's efforts to obtain the Rolltronics and Voltaflex corporate records by filing *pro se* Chapter 7 bankruptcy cases for these companies in California. A California trustee was appointed for each of these debtors.

14. Eventually the two bankruptcy trustees and then the California Bankruptcy Court would agree that the Rolltronics and Voltaflex cases should be handled in the same court as the Seertech case. The venue of these cases was changed to this judicial district on February 7, 2007. *See In re Rolltronics*, Case No. 07-30280 (Bankr. W.D.N.C. Feb. 7, 2007); *In re Voltaflex*, Case No. 07-30274 (Bankr. W.D.N.C. Feb. 7, 2007).

Because these cases are related to Seertech, Mitchell was appointed Trustee for the two new debtors. On June 7, 2007, the Rolltronics and Voltaflex cases were substantively consolidated with the Seertech case.

15. The change of venue put Bachinsky and Sauvante's investment entities in one forum, but it did not secure the principals' cooperation. On February 9, 2007, Sauvante was ordered to appear and show caused in this district[1] for Rolltronics and Voltaflex's failure to hire counsel. On February 21, 2007, the Trustee brought motions against Sauvante to force him to turn over the Rolltronics and Voltaflex debtors' books and records. Sauvante then failed to appear at the hearings on these motions held March 15, 2007. The Motions were granted, and Sauvante was held in contempt. Order entered March 16, 2007. Only then did he hire counsel (for himself, not the companies) and begin to participate in the bankruptcy cases.

16. When the Trustee began pursuing the companies' business records in the bankruptcy courts, Sauvante planned a counterattack. He made several inquiries about the Trustee's reputation. He was told that Trustee was prone to precipitous action (a tendency to "shoot first and aim later.") With this information, Sauvante then asked two of his friends, Gene Tresenfeld and Norris Coit, to call the Trustee. They were

[1] The debtors had been previously ordered to show cause in the California cases for the same reason. *See* Order entered September 2, 2006.

instructed to complain to the Trustee about his shabby treatment of Sauvante and to puff up Sauvante's good character (as compared to that of the disgruntled investors). Coit and Tresenfeld made their call on or about December 14, 2006.

17. The real purpose of the telephone call was to bait the Trustee into making a derogatory statement about Sauvante. It succeeded. After listening to the two friends' complaints and their glowing remarks about Sauvante, the Trustee bluntly (and in retrospect inadvisedly) replied he thought they were "nuts." He told them that based on the information he possessed, Sauvante was anything but a reputable person. The Trustee may have referred to Sauvante as a "skunk" or a "crook." He did not recall his choice of words, but this was the gist.

18. Having accomplished their goal, the friends reported to Sauvante, the three composed affidavits, and then Sauvante acted.

19. The logical place to complain about a bankruptcy trustee's conduct would be in bankruptcy court. However, Sauvante was doing all he could to stay away from this court. Instead, he filed an attorney ethics grievance against the Trustee with the N.C. State Bar. *See* Motion for Order to Show Cause, Exhibit F filed March 22, 2007. Sauvante freely admits

that his purpose in filing this grievance was to "push back" against the Trustee.[2]

20. Sauvante's grievance[3] alleges the Trustee breached his fiduciary duties to the bankruptcy estate. It also asserts that the Trustee has a conflict of interest in the case, having formed an alliance with the disgruntled investors, presumably against Sauvante. His grievance seeks an order from the State Bar finding that the Trustee breached his fiduciary duties and a direction that he cease and desist.

21. The Trustee responded to Sauvante's grievance with a motion to hold him in contempt of this court. *See* Motion filed March 22, 2007; Order entered March 23, 2007. The Trustee asserts Sauvante's grievance was filed in bad faith and was yet another effort by Sauvante and Bachinsky to block the Trustee from recovering records and administering the bankruptcy estate. The Trustee contends a State Bar grievance committee lacks jurisdiction over this matter, given that it involves the Trustee's duties to the bankruptcy estate.

22. Sauvante counters that since the State Bar has the right to discipline attorneys, and since Mitchell is a lawyer, it can discipline Mitchell for his conduct, even for his acts as a bankruptcy trustee. Second, while he now admits that the State

---

[2] Sauvante also was offended by an unfavorable piece about himself and the companies that appeared about this time in a trade publication. However, he has no evidence linking the Trustee to that article.

[3] This is based on information garnered from the summary provided the Trustee by the State Bar.

Bar may not have been the correct place to lodge his complaints, he argues his grievance was filed in good faith. Finally, at hearing, Sauvante indicated he was willing to withdraw the grievance, but that the State Bar has no procedures that would permit him to do so.[4]

**Issues/Holding:** This dispute raises three issues:

1) May a state grievance procedure be maintained against a bankruptcy trustee for alleged breaches of fiduciary duty to the estate?

2) If so, may such a grievance be filed without prior approval of the appointing bankruptcy court?

3) Was Sauvante acting in good faith and not for an improper purpose when he filed this grievance?

Under the facts and circumstances presented, the answer to each question is “No.” Jurisdictionally the matter is not one to be decided in a state bar grievance, but is a matter within the exclusive subject matter jurisdiction of the bankruptcy court. Even if subject matter jurisdiction existed in the state forum, before proceeding, the Barton Doctrine requires Sauvante to first seek this Court’s approval. Finally, it is clear from the record that Sauvante filed his grievance simply to impede the bankruptcy trustee's efforts to administer the estates of

[4] Sauvante may no longer be inclined to do so as he has fired his attorney and has attempted to appeal this ruling.

Sauvante's former companies. Thus, the action was in bad faith and for an improper purpose.

## DISCUSSION

Sauvante's grievance alleges the Trustee breached his fiduciary duties to the bankruptcy estate by: 1) not fairly representing all shareholders in unbiased manner, 2) adopting the viewpoint of a single minority shareholder, 3) acting as an advocate for the minority shareholder, 4) accusing Sauvante of fraud and using his businesses to scam investors, and 5) ignoring evidence provided by Mr. Tresenfeld and Mr. Coit that refuted the Trustee's allegations against Sauvante and suggested that the Trustee should sue the disgruntled investor(s).[5] (Motion for Order to Show Cause, Exhibit F.)

The grievance further asserts that the Trustee has a conflict of interest. His conflict arises from allegedly forming an alliance with disgruntled investor Elizabeth McMillan, against Sauvante.

At hearing, and with state jurisdiction in question, Sauvante attempted to recast his grievance to be a defamation claim against the Trustee. He now argues the Trustee's calling him a "crook" or "skunk" and his accusations of fraud were false and resulted in damage to his reputation.

---

[5] For whatever it is worth the Trustee has since sued the investors for a preference.

**I. Sauvante's Grievance was not filed before the Proper Tribunal.**

At first blush, this case suggests a potential conflict between the jurisdictional grants of the federal bankruptcy court and of the North Carolina State Bar as to the regulation of attorneys. However, that potential conflict is not realized in this case. There is no actual conflict between the respective responsibilities of the two bodies in this situation.

Both the State Bar and the courts have the ability to discipline lawyers, although their authority derives from different sources. The Court's powers are derived from federal statutes, procedural rules and its inherent powers. *White v. Raymark Indus., Inc.*, 783 F.2d 1175, 1177 (4th Cir. 1986) (relying on *Eash v. Riggins Trucking Inc.*, 757 F.2d 557 (3d Cir. 1985).). The State Bar's authority arises from state statutes. In particular Chapter 84 of the North Carolina General Statutes vests in the State Bar authority to promulgate and adopt rules of professional conduct for attorneys and to discipline attorneys for their breach. N.C. Gen. Stat. Ch. 84.

Federal courts recognize the important role of the State Bar in regulating and disciplining attorneys. By example, this Bankruptcy Court has recently adopted the State Bar's Rules of

Professional Conduct for use in bankruptcy cases. Local Rule 2090-3.[6]

The Revised Rules of Professional Conduct not only regulate attorneys in their law practices; they also prohibit attorneys from taking actions injurious to the profession, including: criminal actions that reflect adversely on the lawyer's honesty, trustworthiness or fitness as a lawyer; acts of dishonesty, fraud, deceit or misrepresentation; or conduct prejudicial to the administration of justice. N.C. Bar R., Ch. 2, Rule 8.4.

While broad, the State Bar's authority over attorney conduct is not limitless. First, that authority does not extend to matters within exclusive federal jurisdiction.[7]

The individual States ceded the power to enact uniform laws pertaining to bankruptcy to the federal government via Article I, Section 8 of the United States Constitution. Congress has exercised these powers under 28 U.S.C. § 1334 and granted to the U.S. District Courts exclusive subject matter jurisdiction over bankruptcy cases(§ 1334(h)) and over a debtor's property (§ 1334(e)). The U.S. District Court's bankruptcy jurisdiction is in turn employed by Article I bankruptcy judges through standing

[6] While not supplanting federal standards, these Revised Rules of Professional Conduct provide baseline ethical standards for attorneys appearing in bankruptcy cases. This serves an important purpose as many attorneys in bankruptcy cases hail from other jurisdictions, governed by other ethical rules.

[7] Put another way, field preemption bars such an endeavor. *In re Tate*, 253 B.R. 653, 670 (Bankr. W.D.N.C. October 2, 2000).

reference orders. *See e.g. Order Referring All Bankruptcy Matters to the Bankruptcy Judge dated June 30, 1984.*

Congress has also enacted Title 11 of the U.S. Code ("Bankruptcy Code") to provide those uniform laws governing bankruptcy cases.[8] Among these provisions of the Code, § 704 expressly defines the duties of the bankruptcy trustee in a Chapter 7 case. Section 324 provides for the removal of a bankruptcy trustee, for cause shown. Additionally, the U.S. Trustee (Bankruptcy Administrator) may discipline a trustee for misconduct made under federal provisions 28 CFR 58.6

There is no jurisdictional conflict in this case because Sauvante's grievance does not allege misconduct by the Trustee as a lawyer, but rather with his performance of his duties as the Trustee of a federal bankruptcy estate. The is an exclusively federal matter. The bankruptcy trustee is a creation of federal law, and an officer of the bankruptcy court. *Callaghan v. Reconstruction Finance Corp.*, 297 U.S. 464, 468 (1936) (Stating that a bankruptcy Trustee is both a public officer and an officer of the Court). The trustee duties that Sauvante contends Mitchell breached are themselves established by federal statute in Code § 704. The case that Sauvante seeks to direct in this manner is one falling under the exclusive

[8] These are augmented by the Federal Rules of Bankruptcy Procedure of the Bankruptcy Courts' local rules.

bankruptcy jurisdiction of the federal courts. 28 U.S.C. § 1334(a).

Accordingly, Sauvante's attempt to take the Trustee to task in a state forum is, as a senior member of this Court termed it, "going to the goat man for wool."

Hoping to manufacture state jurisdiction, Sauvante suggested at hearing that his grievance was really a defamation claim against the trustee.

This fallback argument is disingenuous, but it fails nonetheless. First, the grievance Sauvante actually filed asserts a breach of fiduciary duty, not a defamation claim. Based on the grievance summary, there appears to be no pending action before the State Bar based on slander.

Second, the Rules of Professional Conduct are ethical requirements. Sauvante's grievance is not based upon a violation of these attorney ethical precepts. Rather, his breach of fiduciary duty and defamation claims are causes of action to be raised in a civil lawsuit, not a grievance procedure. However, he certainly cannot assert such claims against the Trustee or against the bankruptcy estate in another tribunal without leave of this court.

The bankruptcy estate is shielded from such forays by 11 U.S.C. § 362(a) automatic stay. The stay bars outside efforts to control either the estate or its property.

The bankruptcy Trustee is similarly protected. As an officer of the federal court, he is shielded from suit in another forum by two other doctrines: the Barton Doctrine and Qualified Immunity.

Under the Barton Doctrine, a bankruptcy trustee may not be sued in another tribunal without leave of the appointing court. *See Gordon v. Nick*, 162 F.3d 1155, Case No. 96-1858 (4th Cir. Sept. 2, 1998); *Schafler v. Field*, Case No. Civ.A.AW-01-984), 2001 WL 34553964 (D. Md. Aug. 15, 2001); *In re Byrd*, Case No., 2007 WL 1485441 (Bankr. D. Md. May 18, 2007); (all citing *Barton v. Barbour*, 104 U.S. 126, 26 L. Ed. 672 (1881) for the proposition that no action may be brought against a Trustee in a non-appointing forum without leave of the appointing court.)

Furthermore, a trustee enjoys a qualified immunity from suit in his individual capacity. A bankruptcy trustee acting within the scope of his authority is not individually liable to third parties. *Am. Indus. Packaging Corp. v. E. Seaboard Packaging, Inc., In re E. Seaboard Packaging, Inc.*, Adversary No. 06-3249, 7 (Bankr. W.D.N.C. March 9, 2007).

In sum, if Sauvante has a breach of fiduciary duty or defamation claim against the bankruptcy estate, then that claim must (1) be filed in bankruptcy court or (2) relief from stay must be obtained to assert it in another forum. If action is against the Trustee individually, he is either immune from suit,

must be sued in bankruptcy court, or else leave of court must be sought to proceed in another forum.

Here Sauvante sought no authority to proceed before filing this grievance. This is hardly surprising since at the time he was attempting to stay out of bankruptcy court. However, he was not entitled to proceed.

**II. The Grievance and Sauvante's Claims Lack Merit and were filed in Bad Faith.**

While Sauvante accuses the Trustee of breach of fiduciary duty to the debtor corporations, implicitly, he seems to think these duties are owed to him, personally. He is incorrect.

As noted, the Trustee's duties are defined by Code § 704. These duties are owed to the bankruptcy estate and its creditors. The trustee owes no stated duties to a former principal, such as Sauvante.

Even if such duties existed, they do not extend to Mitchell's siding with Sauvante as against the investors. There is no obligation of a trustee to agree equally with all parties to the case. Additionally, on the record presented, it appears the investors were correct: Sauvante and Bachinsky had bilked them.

Sauvante's defamation claim is equally without merit. Sauvante researched the Trustee; learned he was blunt; and then set friends to the task of provoking him. Their fawning

comments were designed to elicit a contrary opinion. The Trustee accommodated them. Realizing he was being worked, The Trustee let Sauvante's friends know he was not buying what they were selling. On this rejoinder, Sauvante claims injury to his reputation.[9]

This is not defamation but simply a blunt rejoinder. It is also an opinion entirely supported by the facts. At this point, Sauvante and Bachinsky's efforts to keep their company records out of the Trustee's hands had given the Trustee ample cause to consider either to be a "skunk" or "crook." Truth is an absolute defense to defamation.[10] *Long v. Vertical Tech., Inc.*, 113 N.C. App. 598, 603, 439 S.E. 2d 797, 801 (N.C. App. 1994); N.C. Gen. Stat. § 15-168 (2007).

This engineered slight may not demonstrate a cause of action, but it clearly evidences Sauvante's true intention in filing the Bar grievance. When it comes to evading creditors, Sauvante believes the best defense is a strong offense. He has a demonstrated history of aggressive action against those who oppose him. He files spurious suits and claims against investors who complain about the loss of their monies. He withholds records from the bankruptcy trustee. He files *pro se* bankruptcy

---

[9] Sauvante also argued the Trustee had made defamatory remarks to a writer that later became the basis of an unflattering article. The Article was unflattering, but no evidence links the Trustee to it. It also does not appear to be inaccurate in its conclusion.

[10] Moreover, the statement, made to two of Sauvante's accomplices (in the provocation), did not in anyway harm his reputation. There is no meritorious defamation claim here.

cases for two entities that he long before merged into our debtor. He does so to avoid producing their records to the successor company's trustee—their rightful owner. Having failed to block the Trustee's recourse, Sauvante attempts to manufacture a claim against the bankruptcy trustee as a way to "push back." Finally, while not participating in the cases before the bankruptcy courts with jurisdiction, he files his grievance with the State Bar.

This is not a grievance designed to alert a State Bar of an attorney's unethical behavior. Rather, Sauvante was seeking to prevent The Trustee from doing that which the Bankruptcy Code requires: to "investigate the financial affairs of the debtor (11 U.S.C. § 704(4)); and to "collect and reduce to money the property of the estate…"(11 U.S.C. § 704(1)). Sauvante not only sought to prevent these inquiries, but to misuse the State Bar, tribunal which he hoped would be more inclined to his position than the two bankruptcy courts that actually had jurisdiction.

Granted, the Trustee's remarks were ill advised. However, rather than the Trustee violating duties to the debtors, it is Sauvante, Voltaflex, and Rolltronics that have violated their duties. As the CEO of Rolltronics and Voltaflex, corporations closely related to Seertech, Sauvante had a duty to cooperate

with the Trustee.[11] Playing "cat and mouse" with his turnover requests and filing frivolous grievances with the State Bar to hinder the Trustee violate these duties. This grievance clearly is one filed in bad faith.

A party who sues the Trustee in violation of the Barton Doctrine is liable to him for actual damages, including costs and attorneys' fees…by way of indemnification." *In re Delorean Motor Co.*, 991 F.2d 1236, 1241 (6th Cir. 1993). Similarly, a party who willfully violates the automatic stay is liable for damages. *See* 11 U.S.C. § 362(k). Based upon the affidavits presented, the bankruptcy Trustee has incurred fees and expenses to date of $14,644.50 defending against this untoward grievance. These costs must be borne by Sauvante.

**IT IS THEREFORE ORDERED:**

1. Sauvante is **ENJOINED** from any further participation in the State Bar grievance lodged against the Trustee and from filing any additional actions against the Trustee in other forums without express, written leave of this Court.

2. The Clerk will serve a copy on the State Bar. This Court asks the State Bar to consider, in view of this Order and the history of this case, a dismissal of the grievance. The Trustee has not yet put the matter in a posture that would support an injunction against state officers; nor has he sought removal of

[11] 11 U.S.C. § 521(a)(3) imposes a duty on debtors, and therefore their principals, to "cooperate with the trustee as necessary to enable the trustee to perform the trustee's duties."

the matter to federal court. However, given that the matter is a clearly federal issue and the grievance was undertaken in bad faith, the Court is hopeful that these steps will be unnecessary.

3. The Trustee's motion that Sauvante be held in contempt of Court is **DENIED**, as there is no particular order that he has violated. However, under the Barton Doctrine, Sauvante is **ORDERED** to pay the Trustee's costs and attorney fees incurred as a result of this grievance having been filed, in the amount of $5,205.00 to the Trustee, $5,888.50 to the Attorney for the Trustee, and $3,551.00 to the Accountant for the Trustee.

**This Order has been signed electronically. The judge's signature and court's seal appear at the top of the Order.**

**United States Bankruptcy Court**

BAE SYSTEMS

Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

# CERTIFICATE OF SERVICE

District/off: 0419-3 User: worthc Page 1 of 9 Date Rcvd: Sep 12, 2007
Case: 06-31156 Form ID: pdf Total Served: 412

The following entities were served by first class mail on Sep 14, 2007.

| | |
|---|---|
| db | +Seertech Corporation, 6100 Fairview Rd., Ste 1500, Charlotte, NC 28210-3277 |
| aty | +G. Kirkland Hardymon, Rayburn Cooper & Durham, P.A., 227 West Trade Street, Suite 1200, Charlotte, NC 28202-1672 |
| aty | +John R. Miller, Jr., RAYBURN COOPER & DURHAM, P.A., 1200 The Carillon, 227 West Trade Street, Charlotte, NC 28202-1675 |
| aty | +John W. Taylor, Taylor & Associates, 13777 Ballantyne Corporate Place, Suite 320, Charlotte, NC 28277-3428 |
| aty | +Mitchell & Culp, PLLC, 1001 Morehead Square Drive, Suite 330, Charlotte, NC 28203-4268 |
| aty | +R. Keith Johnson, 312 West Trade Street, Suite 600, Builders Bldg., Charlotte, NC 28202-1557 |
| tr | +Richard M. Mitchell, Mitchell & Culp, PLLC, 1001 Morehead Square Drive, Suite 330, Charlotte, NC 28203-4268 |
| ust | +U.S. Bankruptcy Administrator, 402 W. Trade Street, Suite 200, Charlotte, NC 28202-1673 |
| cr | +Fred Dente, PO Box 974, Kapa'a, HI 96746-0974 |
| sp | +John W. Taylor, John W. Taylor, P.C., 13777 Ballantyne Corp. Place, Suite 320, Charlotte, NC 28277-3428 |
| acc | Larry M. Stiles, PO Box 550518, Gastonia, NC 28055-0518 |
| cr | +Michael D. Sauvante, 1308 Jason Drive, Lompoc, CA 93436-8221 |
| consdb | +Rolltronics Corporation, 1111-55 Morse Ave., Sunnyvale, CA 94089-1613 |
| consdb | +VoltaFlex Corporation, 1111-55 Morse Ave., Sunnyvale, CA 94089-1613 |
| 3159329 | +ADAM T AND ALANDA G HOOPER, 3861 LAKEVIEW DRIVE, SHINGLE SPRINGS, CA 95682-9390 |
| 3413732 | ADAM T AND ALANDA G HOOPER, 3861 LAKEVIEW DRIVESHINGLE, SPRINGS CA 95682 |
| 3159330 | +ADP INVESTOR COMM SERVICES, PO BOX 23487, NEWARK, NJ 07189-0487 |
| 3159331 | ALBERT MICHAEL GUERTIN, 41826 RD 600, ANWAHNEE, CA 93601 |
| 3159332 | +ANAND NARASIMHAN, 3547 S STREET NW, WASHINGTON, DC 20007-2243 |
| 3159333 | +ANNETTE AND THOMAS M SAVASTONE, 217 HILLCREST RD, WEIRTON, WV 26062-3217 |
| 3159334 | +ANTHONY R AND NITA R TUCKER, 942 OLD BRIDGE COURT, SANTA FE, NM 87505-4529 |
| 3159335 | +ANTHONY SHUMWAY, 734 W. 6TH AVE, MESA, AZ 85210-2312 |
| 3159336 | +APRIL CARLSEN, 2703 MOUNT VERNON AVE # 6, ALEXANDRIA, VA 22301-1153 |
| 3413544 | +APRIL CARLSEN, 2703 MOUNT VERNON AVE 6, ALEXANDRIA VA 22301-1153 |
| 3159337 | ARDYTH L REA, 12605 QUAIL HOLLOW DRIVE, AUBURN, CA 95603-3684 |
| 3159338 | ART SANDERS, UNK, AZ 85002 |
| 3159339 | +ARTHUR A AND CYNTHIA J E STANFILL, 1415 SO PERSHING, WICHITA, KS 67218-3159 |
| 3159340 | ARVID O AND DOLORES E FEVIG TR, AO & DE FEVIG FAMILY TRUST, 1810 MALVERN ST, SAINT PAUL, MN 55113-5240 |
| 3159341 | AT&T PAYMENT CENTER, SACREMENTO, CA 95887-0001 |
| 3159342 | +AVA LOURDES BACHINSKY TRUST, 2918 POLO RIDGE COURT, CHARLOTTE, NC 28210-8000 |
| 3159343 | +AVALOR CAPITAL, LLC, 2918 POLO RIDGE CT, CHARLOTTE, NC 28210-8000 |
| 3159344 | +AVON MATTISON, PO BOX 1057, LAKESPUR, CA 94977-1057 |
| 3159345 | +BARBARA B KAMM 1999 REV TRUST, C/O BARBARA B KAMM TEE, 1624 FALLEN LEAF LANE, LOS ALTOS, CA 94024-6210 |
| 3413548 | +BARBARA L VALOCORE SEP PROP TRUST, C/O BARBARA VALOCORE, 1889 COUNTRY ROAD 3, OLIVEBRIDGE NY 12461-5106 |
| 3159346 | +BARBARA L VALOCORE SEP PROP TRUST DATED, C/O BARBARA VALOCORE, 1889 COUNTRY ROAD 3, OLIVEBRIDGE, NY 12461-5106 |
| 3159347 | +BARBARA LYNN O VALACOR SEP PROP TRUST, 1889 COUNTY ROAD 3, OLIVEBRIDGE, NY 12461-5106 |
| 3159348 | BARTER FAMILY TRUST, C/O LYLE D BARTER TEE, 422 DE ANZA AVENUE, SAN CARLOS, CA 94070 |
| 3159349 | +BENJAMIN CHALONER-GILL, 41 FARRAGUT RD #1, SOUTH BOSTON, CA 02127-1714 |
| 3413550 | BENJAMIN CHALONER-GILL, 79 S 16TH ST, SAN JOSE CA 95112-2039 |
| 3159350 | +BETSY CARLSON, 12410 SOUTH US 441, MICANOPY, FL 32667-3397 |
| 3159351 | +BLACK ROCK LLC, 7000 E BELLEVIEW AVE #350, GREENWOOD VILLAGE CO 80111-1628 |
| 3413735 | +BLACK ROCK LLC, 7000 E BELLEVIEW AVE 350, GREENWOOD VILLAGE CO 80111-1628 |
| 3159352 | +BRENT M HADDAD, 263 CHICO AVENUE, SANTA CRUZ, CA 95060-6237 |
| 3159353 | BRIAN CURTIS AND JANE MARIE BROOKS, TTEES OF THE BROOKS TRUST, 1930 PASEO LA PAZ, POMONA, CA 91768-4115 |
| 3413553 | BRIAN CURTIS AND JANE MARIE BROOKS, TEES OF THE BROOKS TRUST, 1930 PASEO LA PAZ, POMONA CA 91768-4115 |
| 3413736 | BRIAN CURTIS AND JANE MARIE BROOKS, TEES OF THE BROOKS TRUST, 1930 PASEO LA PAZPOMONA CA 91768-4115 |
| 3159354 | +BRUCE PATON, 1081 KILDARE AVENUE, SUNNYVALE, CA 94087-5031 |
| 3159355 | +BURR PILGER & MAYER LLP, TWO PALO ALTO SQUARE, 3000 EL CAMINO REAL STE 250, PALO ALTO, CA 94306-2121 |
| 3159356 | BUSINESS WIRE, PO BOX 45348, SAN FRANCISCO, CA 94145-0348 |
| 3463853 | +Barbara Lynn O. Valocore Trust dated 10 20 93, 1889 County Road 3, Olivebridge, NY 12461-5106 |
| 3176229 | +Business Wire, Inc., 44 Montgomery Street, 39th Floor, San Francisco, CA 94104-4602 |
| 3159357 | +CALVIN F MEEHAN AND SHIRLEY A KING, 6109 KELSTON FREEN DRIVE, GLEN ALLEN, VA 23059-6975 |
| 3159358 | +CARMELLA GRANADO, 2099 FLINTCREST DRIVE, SAN JOSE, CA 95148-1229 |
| 3413558 | +CATHY FLEXEN, 11386 EATON WAY, BROOMFIELD C0 80020-6821 |
| 3159359 | +CATHY FLEXEN, 11386 EATON WAY, BROOMFIELD, CA 80020-6821 |
| 3159360 | +CEDE AND CO, P O BOX 222, BOWLING GREEN STATION, NEW YORK, NY 10274-0222 |
| 3159361 | +CHARLES D HARKINS, 64-26 230TH ST, OAKLAND GDNS, NY 11364-2714 |
| 3159362 | +CHARLES G AND NANCY L DEGUARA, PO BOX 505, HERALD, CA 95638-0505 |
| 3159363 | +CHARLES R ANDEREGG, 2004 179TH COURT NE, REDMOND, WA 98052-6063 |
| 3159364 | +CHARLES SCHWAB & CO INC, FBO BARBARA RULF IRA ROLLOVER, 8118 MARCY AVENUE, SPRINGFIELD, VA 22152-3045 |
| 3159365 | +CHRIS ALLEN, 2056 E LINDA LN, GILBERT, AZ 85234-6210 |
| 3159366 | +CHRIS M AND EMILY BERWICK, 4095 ACAPULCO DRIVE, CAMPBELL, CA 95008-3800 |
| 3159367 | +CHRISTOPHER DEVLYN CARLSON, 37 FRANCESCA AVE #1, SOMERVILLE, MA 02144-2001 |
| 3413562 | +CHRISTOPHER DEVLYN CARLSON, 37 FRANCESCA AVE 1, SOMERVILLE MA 02144-2001 |
| 3413563 | +CLAY COGAR, 136 STUTTS ROAD 2, MOORESVILLE NC 28117-6403 |
| 3159368 | +CLAY COGAR, 136 STUTTS ROAD #2, MOORESVILLE, NC 28117-6403 |
| 3159369 | +CLYDE AND RITA BARNEY, 230 S RANCHOS LEGANTE DR, GILBERT, AZ 85296-2000 |
| 3159370 | +CLYDE BARNEY, 230 S RANCHOS LEGANDE DR, GILBERT, AZ 85296-2000 |

District/off: 0419-3 User: worthc Page 2 of 9 Date Rcvd: Sep 12, 2007
Case: 06-31156 Form ID: pdf Total Served: 412

3159371 +COBY FREIHAMMER, 2870 PELICAN DRIVE, UNION CITY, CA 94587-3145
3159372 +D JANE PRATT, 36913 PAXSON RD, PURCELLVILLE, VA 20132-3932
3413565 +DAMIAL JOEL AND JOLEE M CROUCHER, 3952 BIG CLOUD WAY, ANTELOPE CA 95843-2409
3159373 +DANIEL AND JUDITH A FREIHAMMER TTEES, FREIHAMMER FAMILY LIVING TRUST, 2870 PELICAN DRIVE, UNION CITY, CA 94587-3145
3413566 +DANIEL AND JUDITH FREIHAMMER TTEES, FREIHAMMER FAMILY LIVING TRUST, 2870 PELICAN DRIVE, UNION CITY CA 94587-3145
3413742 +DANIEL J AND SANDRA YADGIR, 230 EAST GLADSTONE STREETSAN, DIMAS CA 91773-1829
3159374 +DANIEL J AND SANDRA YADGIR, 230 EAST GLADSTONE STREET, SAN DIMAS, CA 91773-1829
3413568 +DANIEL NATHAN ROBIN AND, KARIN HEROLD LEONARD, 181 PAJARO CIRCLE, FREEDOM CA 95019-2932
3159375 +DANIEL NATHAN ROBIN KARIN HEROLD LEONARD, 181 PAJARO CIRCLE, FREEDOM, CA 95019-2932
3413569 +DARRELL WITKOWSKI, 1102 CHELSEA WAY, REDWOOD CITY CA 94061-5618
3159376 +DARRELL WITOWSKI, 1102 CHELSEA WAY, REDWOOD CITY, CA 94061-5618
3159377 +DAVE SELLEK, 904 LITTLE FLOCK DR., ROGERS, AR 72756-7135
3159378 +DAVID A AND LINDA S COOK, 1637 WALZEE STREET, DENVER, CO 80202-1362
3159379 +DAVID A REA, 680 CEDAR STREET #5, SAN CARLOS, CA 94070-3038
3413570 DAVID A REA, 99 E MIDDLEFIELD RD APT 32, MOUNTAIN VIEW CA 94043-3866
3159380 +DAVID B AND STACY L MCWHORTER, 6345 OLD FARM LANE, GURNEE, IL 60031-4434
3159381 +DAVID B COMMONS AND JULIA T COMMONS FAMI, C/O DAVID B COMMONS AND JULIA P COMMONS, 5925 VIA LEMORA, GOLETA, CA 93117-1806
3159382 +DAVID GEARHART, 301 LONGACRES LANE, PALATINE, IL 60067-7720
3159383 +DAVID GREEN, 40 MADISON HILL ROAD, FAIRFIELD, CT 06824-7828
3159384 +DAVID I BOSTWICK, 364 W EDITH AVENUE, LOS ALTOS, CA 94022-2607
3159386 +DAVID OSBORN, 2705 VIA MURANO #132, CLEARWATER, FL 33764-3969
3159387 +DAVID R WALKERSON, 4620 MINNESOTA AVE, FAIR OAKS, CA 95628-5803
3413572 +DAVID R WILKERSON, 4620 MINNESOTA AVE, FAIR OAKS CA 95628-5803
3159388 +DAVID SLADE, 2054 E PAGE AVE, GILBERT, AZ 85234-6206
3159389 +DAVID STOCKER, 2425 E CAMELBACK ROAD SUITE 1075, PHOENIX, AZ 85016-4260
3159390 +DB ALEX BROWN, 375 W PADONIA RD, TIMONIUM, MD 21093-2190
3159391 +DEBORAH RICHTER, 3600 YACHT CLUB DR #1601, ADVENTURA, FL 33180-4401
3159392 DELL COMMERCIAL CREDIT, PO BOX 689020, DES MOINES, IA 50368-9020
3159393 +DEMIAL JOEL AND JOLEE MICHELLE CROUCHER, 3952 BIG CLOUD WAY, ANTELOPE, CA 95843-2409
3159394 DENNIS NADEAU, UNKNOWN, PHOENIX, AZ 85022
3159395 DENNIS O AND REACHELL CROUCHER, 3684 HIGHWAY ROAD, CATHEYS VALLEY, CA 95306
3413743 DENNIS O AND REACHELL CROUCHER, 3684 HIGHWAY ROADCATHEYS, VALLEY CA 95306
3159396 DEREK KENNEDY, UNK, AZ 85253
3159397 +DEXTER C TIGHT JR, 590 MENLO OAKS DRIVE, MENLO PARK, CA 94025-2348
3159398 +DIANE PARKER, 66-964 KAMAKAHALA STREET, WAIALUA, HI 96791-9737
3159399 +DIDIER CHANNEVEAU, 13471 LIGHTHOUSE WAY, SAN DIEGO, CA 92130-1409
3413577 +DIDIER CHENNEVEAU, 13471 LIGHTHOUSE WAY, SAN DIEGO CA 92130-1409
3159400 +DIXI FERN DURHAM, 620 LOMA DRIVE, HERMOSA BEACH, CA 90254-4650
3159401 +DLA PIPER RUDNICK GRAY CARY US LLP, 2000 UNIVERSITY AVE EAST, PALO ALTO, CA 94303-2214
3413578 +DLA PIPER RUDNICK GRAY GARY US LLP, 2000 UNIVERSITY AVE, EAST PALO ALTO CA 94303-2214
3159402 +DONALD C BAUR, 2109 FOREST HILL RD, ALEXANDRIA, VA 22307-1129
3159403 +DYANN TRESENFELD, 235 BEVERLY PLACE, PACIFICA, CA 94044-1419
3159404 EDWARD BEARDSWORTH, 951 LINCOLN AVENUE, PALO ALTO, CA 94301-3041
3159405 +EDWARD BERWICK, P.O. BOX 1466, LOS ALTOS, CA 94023-1466
3413583 +ELAN AND ORACLE, PO BOX 969, ALTOS CA 95001-0969
3159406 +ELIZABETH MCMILLAN, 67 HUNTTING LANE, EAST HAMPTON, NY 11937-2707
3159407 EQUITY TRUST COMPANY, FBO ROBERT M BARTRAM IRA, 2616 CARMATHEN COURT, MATHEWS, NC 28104-0651
3159408 +EQUITY TRUST COMPANY CUST, FBO MICHAEL TUCKER IRA, 2113 CENTERVIEW COURT, CLEARWATER, FL 33759-1009
3159409 ERIC LITTMAN PA, 7895 S W 104TH ST #210, MIAMI, FL 33156
3159410 +ERICH R NAEGELE, 25 BROOKSIDE DRIVE, MOHAWK, NY 13407-1201
3159411 +EVELYN GARCIA, 1264 N GAYLORD CIR, MESA, AZ 85213-4119
3159412 FEDERAL EXPRESS, US COLLECTIONS DEPT, PO BOX 1140, MEMPHIS, TN 38101-1140
3282637 +FEDEX Customer Information Service, Attn: Revenue Recovery/Bankruptcy, 2005 Corporate Avenue, 2nd Floor, Memphis, TN 38132-1702
3159413 +FRANCES CLAUDE, 1007 PALOMAR DRIVE, REDWOOD CITY, CA 94062-3829
3413585 +FRANCHISE TAX BOARD, PO BOX 942840, SACRAMENTO CA 94240
3159414 +FRANK AND MARGARET BACHINSKY, 2918 POLO RIDGE COURT, CHARLOTTE, NC 28210-8000
3159415 +FRANK BACHINSKY, 2918 POLO RIDGE CT, CHARLOTTE, NC 28210-8000
3159416 +FRANK F AND SHARON A ALMEIDA, TTEE ALMEIDA FAMILY TRUST, 1011 WYNN CIRCLE, LIVEMORE, CA 94550-3784
3413586 +FRANK F AND SHARON A ALMEIDA, TTEE ALMEIDA FAMILY TRUST, 1011 WYNN CIRCLE, LIVERMORE CA 94550-3784
3159417 +FRANK FURNICH, 3042 MEETING STREET, FALLS CHURCH, VA 22044-2906
3413587 +FRED MCEWAN JR, 13 DEER RIDGE TRAIL, WATER MILL NY 11976-2401
3159420 +FREDERICK A DENTE, PO Box 974, KAPA A, HI 96746-0974
3413588 +FREDERICK A DENTE, 6335B WAIPOULI ROAD, KAPAA HI 96746-8831
3159421 +FREDERICK L AND KENDRA J HOLLIDAY, 3047 PERRIWINKLE CIRCLE, DAVIE, FL 33328-6702
3159422 +GENE TRESENFELD, 523 ANTELOPE WAY, EUGENE, OR 97401-5589
3159423 +GEORGE A LEE, 1263 LOS TRANCOS ROAD, PORTOLA VALLEY, CA 94028-8125
3159424 +GEORGE AND CAROL M PETERS, 365 HAMLET RD, MANAKIN-SABOT, VA 23103-2916
3159425 +GEORGE AND PATRICIA MCMILLAN, 50 EAST ROAD #10 F, DELRAY BEACH, FL 33483-7030
3413592 +GERALD L AND BARBARA J FRIEHAMMER, TTEES FREIHAMMER FAMILY LIVING TRUST, 916 MARS COURT, LIVERMORE CA 94550-6309
3159426 +GERALD L AND BARBARA J FRIEHAMMER, TTEES FREIHAMMER FAMILY LIVING TRUST, 916 MARS COURT, LIVEMORE, CA 94550-6309
3159427 +GERY L STEINBERG, 10750 NEW AVENUE, GILROY, CA 95020-9063
3159428 +GINGER F YOUNG, 5802 CRISFIELD COURT, OXON HILL, MD 20745-2325
3413594 +GLENN C AND YING L SANDERS, 201 ADA AVE 28, MOUNTAIN VIEW CA 94043-4943
3159429 +GLENN C AND YING L SANDERS, 201 ADA AVE #28, MOUNTAIN VIEW, CA 94043-4943

3413595 +GORDON DAVIDSON AND CORINNE, MCLAUGHLIN AND AVON MATTISON, 6 BAYHILLS DRIVE, SAN RAFAEL CA 94903-3022
3159430 +GORDON DAVIDSON AND CORINNE MCLAUGHLIN, 6 BAYHILLS DRIVE, SAN RAFAEL, CA 94903-3022
3159431 GRAHAM SEIBERT IRA ROLLOVER, 5700 MOHICAN PLACE, BETHESDA, MD 20816-1055
3159432 +GREGORY B GILBERT, 52 A LABURNUM ROAD, ATHERTON, CA 94027-2124
3159433 +GREGORY MARSH, 3332 N 91ST PL, MESA, AZ 85207-9766
3159435 +HAJIME SEIKI, 6466 MOJAVE DRIVE, SAN JOSE, CA 95120-5306
3413598 +HAJIME SEKI, 6466 MOJAVE DRIVE, SAN JOSE CA 95120-5306
3159436 +HARLAN H OHARA, 1765 LEDGEWOOD DRIVE, SAN JOSE, CA 95124-3147
3159437 +HAROLD AND CINDY ROEHRICH, 88 SILO COURT, GURNEE, IL 60031-4459
3159438 +HENRY AND CYNTHIA JUENEMANN, 37 HOWE ST, BAY HEAD, NJ 08742-4719
3413756 HENRY AND CYNTHIA JUENEMANN, 37 HOWE STBAY, HEAD NJ 08742
3159439 HILLORY F WIGGIN, 1001 SPRING STREET APT 426, SILVER SPRING, MD 20910-4009
3159440 +ILMAR WALDNER, 4431 OLD RIVER STREET, OCEAN SIDE, CA 92057-6002
3413603 INTERNAL REVENUE SERVICE, OGDEN UT 84201-0012
3159441 +IRA HATA, C/O KOBE HOLDINGS, LLC, 32 RUTLEDGE AVE, CHARLESTON, SC 29401-1708
3159442 +IVAN TEMES, 994 VAN AUKEN CIRCLE, PALO ALTO, CA 94303-3841
3159443 +JACOB PACANSKY, 6343 GONDOLA WAY, SAN JOSE, CA 95120-3933
3159444 +JAMES B ARKEBAUER, 4950 EAST EVANS SUITE 105, DENVER, CO 80222-5209
3159445 +JAMES C AND CONNIE EDWARDS, 19719 ALBERT AVE, CERRITOS, CA 90703-7509
3159446 +JAMES E AND VALERIE A STEVENS, 129 HUNTER SPRING LANE, MOORESVILLE, NC 28117-3702
3159447 JAMES P LINK AND FRED PEREZ JR, 101 E GLACIN COURT UNIT 2, PALATINE, IL 60074
3159448 +JAMES R SHEATS, 244 WEBSTER ST., PALO ALTO, CA 94301-1235
3159449 +JAMES W GREENE JR, 132 GARRETT AVE, LEXINGTON, KY 40504-1487
3159450 JAMSHID PARVARESH AND PARDIS MIRZAI, 155509 AQUA VERDE DRIVE, LOS ANGELES, CA 90077
3413609 +JAMSHID PARVARESH AND PARDIS MIRZAI, 15509 AQUA VERDE DRIVE, LOS ANGELES CA 90077-1503
3159451 +JANELLE C FREIHAMMER, 2870 PELICAN DRIVE, UNION CITY, CA 94587-3145
3413630 +JAPAN, LARRY C CLOPP, 268 NINTH AVENUE, SAN FRANCISCO CA 94118-2209
3159452 +JAYNE LITTMAN, 7331 S W 115TH ST, MIAMI, FL 33156-4636
3159453 +JBMJ PARTNERSHIP, 7214 BLAIR ROAD NW, WASHINGTON, DC 20012-1816
3159454 +JEANETTE DIANE TELESKY TRUST, C/O JEANETTE D TELESKY TEE, 2095 PARK AVENUE, SAN JOSE, CA 95126-1307
3159455 JEFF MANCINI, UNK, AZ 85253
3159456 +JESUS AND MARIA S CARBAJAL, 32608 BRENDA WAY #4, UNION CITY, CA 94587-3035
3413614 +JESUS AND MARIA S CARBAJAL, 40178 BLANCHARD ST, FREMONT CA 94538
3413615 +JFS 1995 TRUST, C/O JOHN SKELTON TEE, 17194 PRESTON ROAD 102-242, DALLAS TX 75248-1221
3159457 +JOAN S MICHIE, 1716 CRESTVIEW DRIVE, POTOMAC, MD 20854-2630
3159458 +JOHN B FENN JR, 23775 HARWICH PLACE, WEST HILLS, CA 91307-1811
3413618 +JOHN B GATES AND CATHRYN E CLARK, 35 HIGH STREET, ROCKPDRT MA 01966-1620
3159459 +JOHN B GATES AND CATHRYN E CLARK, 35 HIGH STREET, ROCKPORT, MA 01966-1620
3159460 +JOHN BARTHOLOMEW, 900 ROANOKE DRIVE #72, MARTINEZ, CA 94553-6145
3413619 +JOHN BARTHOLOMEW, 900 ROANOKE DRIVE 72, MARTINEZ CA 94553-6145
3159461 +JOHN BRUCE MORRILL JR, 9113 WHISPERING WIND DRIVE, CHARLOTTE, NC 28277-2768
3159462 +JOHN D SHILLING REVOCABLE TRUST, C/O JOHN D SHILLING TEE, 36913 PAXSON ROAD, PURCELLVILLE, VA 20132-3932
3159463 +JOHN J BRINK, 470 3RD STREET, SUITE 621, ST PETERSBURG, FL 33701-4646
3159464 +JOHN O AND CAROL B WILLIS, 1111- 55 MORSE AVE, SUNNYVALE, CA 94089-1613
3159465 +JOHN P AND FRANCES R CLAUDE, 1007 PALAMAR DR, REDWOOD CITY, CA 94062-3829
3159466 +JON C CARLSON, 136 MESA DRIVE, WINNEMUCCA, NV 89445-2644
3159467 +JONAS INTERNATIONAL, ATTN BRIAN BERGLUND, 7024 N 59TH PLACE, PARADISE VALLEY, AZ 85253-3412
3159468 +JOSEPH C LILL, 173 S COLLIER BLVD APT G105, MARCO ISLAND, FL 34145-4312
3159469 +JOSEPH P MINK, 461 SUMMIT AVE FL 1, CALSTADT, NJ 07072-1826
3159470 +JOSEPHINE DAVIDSON, C/O SIRIUS COMMUNITY, 72 BAKER RD, SHUTEBURY, MA 01072-9703
3159471 +JSF 1995 TRUST, C/O JOHN SKELTON TEE, 17194 PRESTON ROAD #102-242, DALLAS, TX 75248-1221
3159472 JUDE D WILLIS, 4153 N ASHLAND AVENUE APT 2W, CHICAGO, IL 60613-1861
3159473 +JUDSON H GEE, 427 LOUISE AVE, CHARLOTTE, NC 28204-2337
3159474 +JULIE ANN FOSTER FAMILY TRUST, C/O JULIE ANN FOSTER TEE, 572 ACACIA AVANUE, SAN BRUNO, CA 94066-4222
3413626 +JULIE ANN FOSTER FAMILY TRUST, C/O JULIE ANN FOSTER TEE, 572 ACACIA AVENUE, SAN BRUNO CA 94066-4222
3413613 +Jerry Namba, 625 East Chapel Street, Santa Maria, CA 93454-4521
3159475 +KARL C WEIGL, C/O BRS GROUP, 901 E STREET SUITE 300, SAN RAFAEL, CA 94901-2850
3159476 +KATRINA M JOHNSON, 311 WEST MAPLE AVE, TULARE, CA 93274-2753
3159477 +KAZUO AND MASAKO SAKAKI, 201 ADA AVE #28, MOUNTAIN VIEW, CA 94043-4943
3413629 KAZUO SENDA, 6-836 KOKUWABARA-CHO, TATEBAYASHI CITY, GUNMA-KEN 374-0037, JAPAN
3159478 KAZUO SENDA, 6-836 KOKUWABARA-CHO, TATEBAYASHI CITY, GU 374-0, JAPAN
3159479 +KEVIN A AND MELISSA Q DELEON, 50 GRANDE COVE WAY, EDGEWATER, NJ 07020-7245
3159480 +KIRT AND JULIE MCFARLAND, 1465 S CRESTON CIRCLE, MESA, AZ 85204-6448
3458200 +Karl C. Weigl, 17 Redwood Drive, Rafael, CA 94901-3637
3458195 +Karl C. Weigl, 17 Redwood Drive, San Rafael, CA 94901-3637
3159481 +LARRY C CLOPP, 268 NINTH AVENUE, SAN FRANCISCO, CA 94118-2209
3159482 +LARRY H TINNIN, 201 HIGH CANYON, RICHARDSON, TX 75080-2671
3159483 +LAURIE REA REVOCABLE TRUST, C/O LAURIE REA TEE, 763 MEADOWLARK STREET, LIVERMORE, CA 94551-4209
3159484 +LAWRENCE W GREEN, 18 A SHINNECOCK RD, HAMPTON BAYS, NY 11946-2923
3159485 +LEON SLADE, 464 S ESQUIRE WAY, MESA, AZ 85202-1746
3159486 +LION LIMITED PARTNERSHIP, 9030 W SAHARA AVE #1220, LAS VEGAS, NV 89117-5744
3159487 +LIU GUI QING, 201 ADA AVE #28, MOUNTAIN VIEW, CA 94043-4943
3159488 LONDA MARKS, 4746 N 7TH ST #234, PHOENIX, AZ 85014
3159489 +LYLE CHARLES HURST, 754 HOMER, PALO ALTO, CA 94301-2907
3159490 +LYNN CAROL ANDERSON, 40470 LANDON AVENUE, FREMONT, CA 94538-2421
3451491 +Larry H. Tinnin, 201 High Canyon Ct, Richardson, TX 75080-2671
3159491 +MAGGIE WRIGHT, 4745 N 7TH ST #234, PHOENIX, AZ 85014-3675
3159492 +MARGARET CAMPBELL, 404 OAK ISLAND DRIVE, CARY, NC 27513-2234

3413634 +MARGARET M WEBB, 25321 PINECREEK LANE, WILMINGTON CA 90744-1861
3413635 MARGE CARLSEN, 425 ROUTE 46E 323, HACKETTSTOWN NJ 07840
3159493 +MARGE CARLSEN, 425 ROUTE 46E # 323, HACKETTSTOWN, NJ 07840-2680
3159494 +MARGRET M WEBB, 25321 PINECREEK LANE, WILMINGTON, CA 90744-1861
3159495 +MARJORIE PATRICIA SINGER, 681 WAVERLEY STREET, PALO ALTO, CA 94301-2550
3159496 +MARK AND DEBORAH NEEDIE, 1557 ST MARGARETS ROAD, ANNAPOLIS, MD 21409-5554
3413637 +MARK AND DEBORAH NEEDLE, 1557 ST MARGARETS ROAD, ANNAPOLIS MD 21409-5554
3159497 MARK AND VALERIE SWANSON, 11390 NE 91ST STREET, KIRKLAND, WA 98033-5734
3159498 +MARK P AND DALE B ENGELHART, 1769 ROSEMARY LANE, REDWOOD CITY, CA 94061-2616
3159499 MARTY BYRNE, 39583 N RACKESNAKER RD, QUEEN CREEK, AZ 85242
3159500 +MASAO AND KAZUKO KATOKU, 201 ADA AVE #28, MOUNTAIN VIEW, CA 94043-4943
3413639 +MASSACHUSETTS INSTITUTE OF TECH, ROOM NE25-230, FIVE CAMBRIDGE CENTER, CAMBRIDGE MA 02142-1407
3159501 +MASSACHUSETTS INSTITUTE OF TECH, NE25-230, FIVE CAMBRIDGE CENTER, CAMBRIDGE, MA 02142-1407
3159502 +MAYER & COHEN LTD, 161 EAST 1ST STREET, SUITE 1, MESA, AZ 85201-6793
3159503 +MED-CELL LLC, 750 MENLO AVE STE 200, MENLO PARK, CA 94025-4735
3159504 +MEGAN BERWICK, 2915 BROADWAY, SANTA MONICA, CA 90404-3109
3159505 MELODEE JONES, UNK, AZ 85253
3159506 +MELVIN J AND CARMEN CURTIS, 1509 SPRING ST, MESA, AZ 85203-3603
3159507 +MELYNDA A HIBPSHMAN, PO BOX 1385, MARIPOSA, CA 95338-1385
3159508 +MENLOSUITE, 750 MENLO AVE STE 200, MENLO PARK, CA 94025-4735
3159509 +MICHAEL D BLISS, 128 FAST LANE, MOORESVILLE, NC 28117-7508
3159510 +MICHAEL D PAULY, 7444 BRADFORD COURT, GURNEE, IL 60031-5347
3413644 +MICHAEL D SAUVANTE AND, PATRICIA S CARLSON, 5662 CALLE REAL 144, SANTA BARBARA CA 93117-2317
3159511 +MICHAEL D SAUVANTE AND PATRICIA S CARLSO, 5662 CALLE REAL #144, SANTA BARBARA, CA 93117-2317
3413766 +MICHAEL D SAUVANTE AND PATRICIA S CARLSON, 5662 CALLS REAL 144, SANTA BARBARA CA 93117-2317
3159512 +MICHAEL H WIEHEN, C/O JANE PRATT, 36913 PAXSON RD, PURCELLVILLE, VA 20132-3932
3159513 +MICHAEL J AND BRENDA B KELLEY, 11834 STEPHENSON COURT, CHARLOTTE, NC 28277-2859
3159514 +MICHAEL M KENNEDY, 91-1530 WAHANE STREET, KAPOLEI, HI 96707-3105
3159515 +MICHAEL MCCABE, 969 G EDGEWATER BLVD #111, FOSTER CITY, CA 94404-3760
3413646 MICHAEL MCCABE, 969 G EDGEWATER BLVD 111, FOSTER CITY CA 94404
3159516 +MICHAEL P MAGBUHAT, 36803 DAPHINE AVENUE, FREMONT, CA 94536-4810
3159517 +MICHAEL PORVAZNIK AND CHRISTINE KARLSEN, 1261 DARTMOUNT COURT, ALEXANDRIA, VA 22314-4784
3159518 MICHAEL T WRIGHT, PO BOX 223662, CARMEL, CA 93922-3662
3159519 +MIKE NICHOLS, 961 BUTTERNUT TERRACE, BOCA RATON, FL 33486-5520
3413650 +MILADY JONES, 8414 E SHEA BLVD STE 100, SCOTTSDALE AZ 85260-6665
3159520 +MINDY JONES, 8414 E SHEA BLVD STE 100, SCOTTSDALE, AZ 85260-6665
3159521 +MINORU AND ALTHEA TOMIJIMA, 190 E CREEK DRIVE, MENLO PARK, CA 94025-3660
3159522 +MITCH RATNER, C/O T.R. WINSTON & CO, PO BOX 74, BEDMINSTER, NJ 07921-0074
3159523 +MOLLY PFAU CLOPP, 713 JOREE LANE, SAN RAMON, CA 94582-3202
3413653 +MOLLY PHAU CLOPP, GUARDIAN FOR LINDSEY V CLOPP, 713 JOREE LANE, SAN RAMON CA 94582-3202
3159524 +MOLLY PHAU CLOPP, GUARDIAN FOR LINDSEY V CLOPP, 713 JOEE LANE, SAN RAMON, CA 94582-3202
3452903 Mitchell Ratner, 50 Stonehedge Drive, Windsor, NJ 08520-2830
3452394 Mitchell Ratner, 50 Stonehedge Drive, East Windsor, NJ 08520-2830
3159525 +NANCY G WILLIS, 24008 9TH PLACE SOUTH, DES MOINES, WA 98198-3848
3159526 +NEVIN FAMILY TRUST, C/O DAVID AND SHIRLEY NEVIN TTEES, 18755 AVENUE 314, VISALIA, CA 93292-9608
3413654 +NEVIN FAMILY TRUST, C/O DAVID AND SHIRLEY NEVIN TEES, 18755 AVENUE 314, VISALIA CA 93292-9608
3413655 +NICHOLAS F AND JOAN MARIE PASCH, 1470 DEL SOLO DRIVE, PACIFICA CA 94044-4004
3159527 +NICKOLAS F AND JOAN MARIE PASCH, 1470 DEL SOLO DRIVE, PACIFICA, CA 94044-4004
3159528 +NOEL ALLEN, 1725 E LOCKWOOD, MESA, AZ 85203-2103
3413770 Northern Division, 1415 State Street,, Santa Barbara, CA 93101-2511
3159529 O A GOTH & G E GOTH TRUST, C/O GRETA GOTH TEE, 1265 WESTRIDGE DRIVE, PORTOLA VALLEY, CA 94028-7342
3159530 +ORACLE, PO BOX 969, APTOS, CA 95001-0969
3413657 +PATRICIA S CARLSON, 5662 CALLE REAL 144, SANTA BARBARA CA 93117-2317
3413772 +PATRICIA S CARLSON, 5662 CALLS REAL 144, SANTA BARBARA CA 93117-2317
3159531 +PATRICIA S CARLSON, 5662 CALLE REAL #144, SANTA BARBARA, CA 93117-2317
3413658 +PATRICK E TRAPA, 9 DANA ST APT 5, CAMBRIDGE MA 02138-5409
3413659 +PATRICK O'CONNELL, 4704 CAPAY DRIVE #2, SAN JOSE CA 95118-2526
3159532 +PATRICK TRAPA, 2033 20TH ST SE, PUYALLUP, WA 98372-7119
3159533 +PAUL AND GEORGI ENGELHART, 2114 GREENWAYS DRIVE, WOODSIDE, CA 94062-1137
3413660 +PAUL AND GEORGIA ENGELHART, 2114 GREENWAYS DRIVE, WOODSIDE CA 94062-1137
3159534 +PAUL C MATHIS, 3622 NORTH RAVEN WASH DRIVE, TUCSON, AZ 85745-4143
3159535 +PAULA M COOK, 5 COMMODORE #210, EMERYVILLE, CA 94608-1664
3413661 +PAULA M COOK, 5 COMMODORE 210, EMERYVILLE CA 94608-1664
3159536 +PETER G SCHMITZ, 841 W BELDEN AVENUE, CHICAGO, IL 60614-3240
3159537 +PETERSON & BASHA PLC, 8214-C OLD COURTHOUSE RD, VIENNA, VA 22182-3888
3413663 +PETERSON AND BASRA PLC, 8214-C OLD COURTHOUSE RD, VIENNA VA 22182-3888
3159538 +PETERSON NOLL & GOODMAN PLC, 8214-C OLD COURTHOUSE RD, VIENNA, VA 22182-3888
3159539 +PHILLIP AND DIANE GUTERMAN, 383 GREEN RIDGE DRIVE #1, DAILY CITY, CA 94014-3474
3413665 +PHILLIP AND DIANE GUTERMAN, 383 GREEN RIDGE DRIVE 1, DAILY CITY CA 94014-3474
3159540 +PHILLIPPA HART BIANCO TRUST, C/O ELIZABETH MCMILLAN TEE, 67 HUNTTING LANE, EAST HAMPTON, NY 11937-2707
3471400 +PIERCE & SHEARER LLP, 2465 E BAYSHORE RD STE 403, ALTO, CA 94303-3228
3159541 +PIERCE & SHEARER LLP, 2465 E BAYSHORE RD STE 403, PALO ALTO, CA 94303-3228
3159542 +PLANET 10 PARTNERS, 212 N ARROYO SUITE C, LOS FRESNOS, TX 78566-3205
3159543 +POWERNET GLOBAL, 100 COMMERCIAL DR, FAIRFIELD, OH 45014-5556
3159544 +PRINTMAKERS FINE ART INC, 128 W BOXELDER, SUITE 104, CHANDLER, AZ 85225-7172
3159545 +PROMOTIONAL ARTS CO, 70 SOUTH VAL VISTA DR #438, GILBERT, AZ 85296-1374
3159546 +R CORD BEATTY, 3097 SANTA CLARA DR, SANTA CLARA, UT 84765-5328

3159547 RAFFERTY REVOCABLE TRUST, C/O ANN ELIZABETH RAFFERTY TEE, PO BOX 1404,
LOS ALTOS, CA 94023-1404
3159548 +RAJESH SHAH, 589 22ND ST, OAKLAND, CA 94612-1613
3159549 +RALPH I BRODD, 2161 FOUNTAIN SPRINGS DRIVE, HENDERSON, NV 89074-1574
3413775 +RALPHIBRODD, 2161 FOUNTAIN SPRINGS DRIVE, HENDERSON NV 89074-1574
3159550 +RANDY G AND KRISTIN L FEHRENBACHER, 210 ASHWOOD COURT, LINCOLN, CA 95648-2087
3159552 +RAYMOND KUNITA, 2444 INDIAN DRIVE, PALO ALTO, CA 94303-3544
3159553 +REBECCA BENDER, 7286 VENTANA DRIVE, SAN JOSE, CA 95129-3516
3159554 +REBECCA K HADESMAN, 31197 BOB-O-LINK LANE, LIBERTYVILLE, IL 60048-1055
3159555 +RICHARD A MATHES, 17088 YEARLING LANE, WADSWORTH, IL 60083-9541
3159556 +RICHARD DAVID JOHNSON, 2253 RAYMOND AVE, BOX 3432, RAMONA, CA 92065-3035
3159557 +RICHARD J AND KATHERINE A OPAL, 7380 BRADFORD COURT, GURNEE, IL 60031-5347
3159558 +RICHARD L SWISHER, 8541 DEVINE AVE, NORTHFIELD, MN 55057-4320
3159559 +RICHARD PERL, 1 WEST 67TH STREET SUITE #401, NEW YORK, NY 10023-6200
3413672 +RICHARD PERL, 1 WEST 67TH STREET SUITE 401, NEW YORK NY 10023-6200
3413673 +RICHARD PRATER AND CAROLE BECKHAM, PO BOX 1160, MARIPOSA CA 95338-1160
3159560 +RICHARD PRATTER AND CAROLE BECKHAM, PO BOX 1160, MARIPOSA, CA 95338-1160
3159561 +RICHARD S KAPLAN, 10532 VANALDEN AVENUE, NORTHRIDGE, CA 91326-3037
3413675 +ROADRUNNER TECHNOLOGY INC, C/O IRA HATA--KOBE HOLDINGS LLC, 32 RUTLEDGE AVE,
CHARLESTON SC 29401-1708
3159562 +ROBERT AND CAROLINE M GERUGHTY, 11490 CRESTRIDGE DRIVE, LOS ALTOS, CA 94024-6344
3159563 +ROBERT AND KIMBERLY HUNT, 447 ARLINGTON ROAD, REDWOOD, CA 94062-1838
3159564 +ROBERT D AND BRENDA J HINKLE, 5009 KRISTINA COURT, FAIRFAX, VA 22030-8247
3413679 ROBERT EDWARD SHEPHERD, 7 SHACKEL AVENUE, CONCORD NSW 2137, AUSTRALIA
3159566 +ROBERT GILLETTE, 6671 E BASELINE #252, MESA, AZ 85206-4328
3159567 +ROBERT L CORMIA, 1131 SHENANDOAH DRIVE, SUNNYVALE, CA 94087-2221
3413680 +ROBERT L CORMIA, 1131 SHENANDOAH DRIVE, SITNNYVALE CA 94087-2221
3159568 +ROBERT PERL, 18 LEROY STREET, NEW YORK, NY 10114-0001
3159569 +ROBERT S AND CHERYL A CARLSON, 1224 N SECOND STREET, LOMPOC, CA 93436-3553
3159570 +ROBERT S AND MARGERY R CARLSON, 1308 JASON STREET, LOMPOC, CA 93436-8221
3159571 +RODRIGO H GARCIA, 3055 MAGNUM DRIVE, SAN JOSE, CA 95135-1057
3159572 +RON ANDERSON, 609 MANHATTAN AVE #8, HERMOSA BEACH, CA 90254-4530
3159573 +RON HORWATH, 11052 CANYON BISTA DRIVE, CUPERTINO, CA 95014-5405
3413687 +RON HORWATH, 11052 CANYON VISTA DRIVE, CUPERTINO CA 95014-5405
3159574 +RON Z SHINAR, 5185 WEST ANGELA DRIVE, GLENDALE, AZ 85308-5318
3159575 +RONALD L LINDQUIST JR, 2101 SARDIS RD NORTH SUITE 109, CHARLOTTE, NC 28227-7805
3159576 +RONNIE AND LEE SMITH, 128 FAST LANE, MOORESVILLE, NC 28117-7508
3159577 +RUSSELL OSBORN, 11701 1ST STREET E #3, TREASURE ISLAND, FL 33706-5147
3413689 +RUTH FOX LIMITED PARTNERSHIP, C/O RICHARD PERL, 1 WEST 67TH STREET SUITE 401,
NEW YORK NY 10023-6200
3159578 +RUTH FOX LIMITED PARTNERSHIP, C/O R PEARL, 1 WEST 67TH STREET SUITE 401,
NEW YORK, NY 10023-6200
3452195 +Robert D Hinkle, 5009 Kristina Court, Fairfax, VA 22030-8247
3451890 +Rodrigo Garcia (Rudy), 3055 Magnum Drive, San Jose, CA 95135-1057
3413690 +S ALLAN JOHNSON, 1550 EL CAMINO REAL SUITE 220, MENLO PARK CA 94025-4100
3159579 +S ALLAN JOHNSON, 1550 EL CAMINO REAL @220, MENLO PARK, CA 94025-4106
3159580 +S RONALD PALLOT, 3900 ISLAND BLVD #B-201, WILLIAMS ISLAND, FL 33160-4951
3159581 +SALLY J DUNIO, 1225 SOUTH RICE ROAD #60, OJAI, CA 93023-3467
3413691 +SALLY J DUNIO, 1225 SOUTH RICE ROAD 60, OJAI CA 93023-3467
3159582 +SARAH LAMB, 460 FAIRHILLS DRIVE, SAN RAFAEL, CA 94901-1113
3159583 +SCOTT HAMILTON, 66270 SATURN ROAD, PO BOX 1108, JOSHUA TREE, CA 92252-0800
3159584 +SHAHEEN NAQVI, 11146 PALOS VERDES DRIVE, CUPERTINO, CA 95014-4723
3159586 +SHARON L SARRIS AND STANLEY D JONES, 584 RIO DEL MAR BOULEVARD, APTOS, CA 95003-4710
3159587 +SHARON WILLIS PINKOSH, 2726 BIDWELL STREET, DAVIS, CA 95618-0318
3159588 +SHELDON M SPERBER, 2803 VICTORIA WAY M4, COCONUT CREEK FL 33066-1328
3159589 +SHELDON WOODYEAR, 4745 N 7TH ST #234, PHOENIX, AZ 85014-3675
3159590 +SHELTON A STAUFFER, 41821 WOODHAVEN WEST, PALM DESERT, CA 92211-8117
3159591 +SHINJI AND MIEKO TSUCHIYA, 201 ADA AVE # 28, MOUNTAIN VIEW, CA 94043-4943
3159592 +SIDNEY MARSHALL, 24 TOOMLIN DRIVE, NEPTUNE, NJ 07753-3007
3159593 +SINAN DOLUCA, 15052 GYPSY HILL ROAD, SARATOGA, CA 95070-6151
3159594 +SOLEIL MOON FRYE, 4745 N 7TH ST #234, PHOENIX, AZ 85014-3675
3159595 +STANLEY F WILSON, 6711 E CAMELBACK RD SUITE #17, SCOTTSDALE, AZ 85251-2064
3159596 +STEPHAN BAGNESCHI, 4 CRANHAM CT, PACIFICA, CA 94044-4344
3159597 +STEPHEN F DREYER, P.O. BOX 397, LOS ALTOS, CA 94023-0397
3159598 +STEPHEN L SPEARS AND BARBARA H INGLIS, PO BOX 830, KALAHEO, HI 96741-0830
3159602 +STERN AGEE & LEACH, FBO PEGASUS CAPITAL INC, 18952 MCARTHUR BLVD SUITE 315,
IRVINE, CA 92612-1401
3159599 +STERN AGEE & LEACH, FBO FORTRESS & ASSOC INC, 18952 MCARTHUR BLVD SUITE 315,
IRVINE, CA 92612-1401
3159600 +STERN AGEE & LEACH, FBO SOVCAP ADVISORS INC, 18952 MCARTHUR BLVD SUITE 315,
IRVINE, CA 92612-1401
3159601 +STERN AGEE & LEACH, FBO OVS INC, 18952 MCARTHUR BLVD SUITE 315, IRVINE, CA 92612-1401
3159604 +STERN AGEE & LEACH, FBO COW HOLDING CO INC, 18952 MCARTHUR BLVD SUITE 315,
IRVINE, CA 92612-1401
3159603 +STERN AGEE & LEACH, FBO DABOYZ ENTERTAINMENT INC, 18952 MCARTHUR BLVD SUITE 315,
IRVINE, CA 92612-1401
3413699 STEVEN N AND CAROL S BITTENSON, 10 CARIBOU STREET, BEDFORD MA 01730-1921
3413786 STUART L HART, 347 SAGE HALL, THE JOHNSON SCHOOL, CORNELLITHACA NY 14853
3413700 STUART L HART, 347 SAGE HALL--THE JOHNSON SCHOOL, CORNELL, ITHACA NY 14853
3413701 +SWAN DOLUCA, 15052 GYPSY HILL ROAD, SARATOGA CA 95070-6151
3413702 +SYBIL B PATON, HERITAGE COMMONS 205, 38 BOSTON RD, MIDDLETOWN CT 06457-3556
3159605 +SYRIE AUGUSTA SALADINO BIANCO TRUST, C/O ELIZABETH MCMILLAN TEE, 67 HUNTTING LANE,
EAST HAMPTON, NY 11937-2707
3471399 +Stacy A. Smith, 2483 E. Bayshore Road, Suite 202, , CA 94303-3208

3159606 T MOBILE, CUSTOMER RELATIONS, PO BOX 37380, ALBEQUERQUE, NM 87176-7380
3159607 +TABOREK 2002 FAMILY TRUST, C/O RICHARD TABOREK SR TEE, 1441 WALNUT DRIVE, CAMPBELL, CA 95008-6836
3413704 TAKEKI KOBAYASHI, 7-8-13 MAGARIKSNE, SHIZUOKA 422-8006, JAPAN
3413705 TAYLOR FOGELQUIST, 207 BRIDGEWAY, SAUSALITO CA 94965-2449
3413706 +TERI BERWICK, PO BOX 1466, LOS ALTOS CA 94023-1466
3159609 +THE BUSINESS LAW ADVISORS, 1900 SOUTH BLVD STE 304, CHARLOTTE, NC 28203-4877
3159610 THE CRYSTALL FUND, C/O GORDON DAVIDSON, 6 BAYHILL DRIVE, SAN RAFAEL, CA 94903-3022
3159611 +THE EDELMAN 1998 REVOCABLE TRUST, C/O HOWARD EDELMAN TEE, 16170 KENNEDY ROAD, LOS GATOS, CA 95032-6432
3413708 +THE GERSON GOLDHABER FAMILY TRUST, C/O GERSON AND JUDITH GOLDHABER, 1022 EUCLID AVENUE, BERKLEY CA 94708-1402
3159612 +THE GERSON GOLDHABER FAMILY TRUST, C/O GERSON AND JUDITH GOLDHABER, 1022 EUCLID AVUNUE, BERKLEY, CA 94708-1402
3159613 +THE KALLMAN FAMILY TRUST, C/O ROBERT AND RUTH KALLMAN TTEES, 1671 SHORELINE DRIVE, SANTA BARBARA, CA 93109-2023
3159614 +THE NORRIS R COIT FAMILY TRUST, C/O NORRIS COIT TEE, 1210 1/2 HUMBOLDT STREET, RENO, NV 89509-2730
3159615 THE SEER FOUNDATION, C/O GORDON DAVIDSON, 6 BAY HILLS DRIVE, SAN RAFAEL, CA 94903-3022
3413712 +THOMAS D AND SUSAN M SCHROEDER, 62 SILO COURT, GURNEE IL 60031-4459
3413713 +THOMAS E AND MARGARET A BRUSOE, PO BOX 1164, OAKHURST CA 93644-1164
3413714 +THOMAS J RIORDAN, 176 CORONADO AVENUE, LOS ALTOS CA 94022-2286
3413790 TIM MASON, 58 ARMSTRONG STREET, MIDDLEPARK VICTORIA, AUSTRALIA 3206
3413715 TIM MASON, 58 ARMSTRONG STREET, MIDDLE PARK VICTORIA 3206, AUSTRALIA
3159617 +TIMOTHY A SHIMKO & ASSOC, 2010 HUNTINGTON BLDG, 925 EUCLID AVE, CLEVELAND, OH 44115-1408
3159618 +TIVOLI PARTNERS, 309 E MOREHEAD ST STE 290, CHARLOTTE, NC 28202-2325
3413718 +TOM C AND MARY S CARNEY, 1504 WALNUT AVENUE, MANHATTAN BEACH CA 90266-5055
3413719 +TOMARA S CROUCHER, 9016 THILOW DRIVE, SACRAMENTO CA 95826-4135
3413720 TOSHIYUKI MIYAGISHIMA, 1107 NEW-CITY-APT NIHONBASHI-SUITENGU, CHUG-KU TOKYO 103-0015, JAPAN
3159620 TRELLIS INTELLECTUAL PROP LAW GROUP, 1900 EMBARCADERO RD STE 109, PALO ALTO, CA 94303-3310
3413722 TRIMTAB CAPITAL LLC, 187 FOREST AVENUE, FAIRFAX CA 94930-1804
3159621 +TYDEMAN 2004 FAMILY TRUST, C/O RICHARD AND JANICE TYDEMAN TTEES, 1955 EDGEWOOD ROAD, REDWOOD CITY, CA 94062-3222
3413717 +Timothy A. Shimko & Assoc., Co., LPA, 2010 Huntington Bldg., 925 Euclid Avenue, Cleveland, OH 44115-1408
3466645 Trellis Intellectual Property Law Group, 1900 Embarcadero Road, Suite 109, Palo Alto, CA 94303-3310
3413724 +UNITED STATES TRUSTEE, 1415 STATE STREET, SANTA BARBARA CA 93101-2511
3413725 +VICTOR W DESOTELLE, 2870 SOUTH PALISADES AVE, SANTA CRUZ CA 95062-5406
3159623 +WAGNER MURABITO & HAO LLP, TWO N MARKET ST, THIRD FLOOR, SAN JOSE, CA 95113-1211
3413727 WAYNE FARMER, 402A E HOWELL AVENUE, ALEXANDRIA VA 22301-1214
3413728 +WILLIAM AND ANNE SMITH, 5781 HARNESS COVE, HERRIMAN UT 84096-1753
3413729 +WILLIAM H BIANCANELLO, 2500 E PARK BLVD APT S-2, PLANO TX 75074-4845
3413731 WILMA C BROOKS, 1314 W AVENUE 0, PALMDALE CA 93551
3413730 WILMA C BROOKS, TEE FOR BROOKS FAMILY TRUST, 1314 W AVENUE 0, PALMDALE CA 93551
3159624 +WILMA C BROOKS, TEE FOR BROOKS FAMILY TRUST, 1314 W AVENUE O, PALMDALE, CA 93551-3143
3159625 +WOMBLE CARLYLE, 301 S COLLEGE ST STE 3500, CHARLOTTE, NC 28202-6050
3413801 +YITMIN LIANG, 20170 THELMA AVENUE, SARATOGA CA 95070-4947

The following entities were served by electronic transmission on Sep 12, 2007.
aty E-mail/PDF: rbleggett@allmanspry.com Sep 12 2007 19:00:50 R. Bradford Leggett, Allman Spry Humphreys Leggett &Howington, 380 Knollwood Street, Suite 700, P. O. Drawer 5129, Winston-Salem, NC 27113-5129
3159622 E-mail/PDF: bankruptcyverizonwireless@afninet.com Sep 12 2007 19:00:58 VERIZON WIRELESS, CUSTOMER SERVICE, PO BOX 96082, BELLEVUE, WA 98009-9682
TOTAL: 2

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp Elizabeth, et. al. McMillan
intp Frank W. Bachinsky, III
3159385 DAVID J BAIRD, 1081 AMBLESIDE DR #1302, OTTAWA, 2B 8C8, CA
3159418 FRED DASILVA, 123 SANDERLING PLACE NW, CALGARY, 3K 3A8, CA
3159419 FRED SADOWAY, 837 GENOA AVENUE, OSHAWA, 1J 6W4, CA
3159434 GRS MEDIA PUBLISHING, THE WORLD TRADE CENTER, LEUTSCHEN BACHST, ZURICH, 8050
3159551 RAYMOND ELLISON, 344 SALERNO STREET, OSHAWA, 1J 6W3, CA
3159565 ROBERT EDWARD SHEPHERD, 7 SHACKEL AVENUE, CONCORD, 2137
3159585 SHANE NELSON, 309 S ST JOHNS ST, ANYWHERE, IL 61904
3159608 TAKEKI KOBAYASHI, 7-8-13 MAGARIKSNE, SHIZUOKA, 422-8006
3159616 TIM MASON, 58 ARMSTRONG STREET, MIDDLE PARK, VI 3206
3159619 TOSHIYUKI MIYAGISHIMA, #1107 NEW-CITY-APT NIHONBASHI-SUITENGU, CHUO-KU TOKYO, 103-0015
aty* +Richard M. Mitchell, Mitchell & Culp, PLLC, 1001 Morehead Square Drive, Suite 330, Charlotte, NC 28203-4268
3413542* +ANAND NARASIMHAN, 3547 S STREET NW, WASHINGTON DC 20007-2243
3413543* +ANTHONY R AND NITA R TUCKER, 942 OLD BRIDGE COURT, SANTA FE NM 87505-4529
3413733* +ANTHONY R AND NITA R TUCKER, 942 OLD BRIDGE COURT, SANTA FE NM 87505-4529
3413545* ARDYTH L REA, 12605 QUAIL HOLLOW DRIVE, AUBURN CA 95603-3684
3413546* +ARTHUR A AND CYNTHIA J E STANFILL, 1415 SO PERSHING, WICHITA KS 67218-3159
3413547* +BARBARA B KAMM 1999 REV TRUST, C/O BARBARA B KAMM TEE, 1624 FALLEN LEAF LANE, LOS ALTOS CA 94024-6210
3413734* +BARBARA L VALOCORE, SEP PROP TRUST C/O BARBARA VALOCORE, 1889 COUNTRY ROAD 3, OLIVEBRIDGE NY 12461-5106
3413549* BARTER FAMILY TRUST, C/O LYLE D BARTER TEE, 422 DE ANZA AVENUE, SAN CARLOS CA 94070
3413551* +BETSY CARLSON, 12410 SOUTH US 441, MICANOPY FL 32667-3397
3413552* +BRENT M HADDAD, 263 CHICO AVENUE, SANTA CRUZ CA 95060-6237

***** BYPASSED RECIPIENTS (continued) *****

3413554* +BRUCE PATON, 1081 KILDARE AVENUE, SUNNYVALE CA 94087-5031
3413555* +BURR PILGER AND MAYER LLP, TWO PALO ALTO SQUARE, 3000 EL CAMINO REAL STE 250, PALO ALTO CA 94306-2121
3413737* +BURR PILGER AND MAYER LLP, TWO PALO ALTO SQUARE, 3000 EL CAMINO REAL STE 250, PALO ALTO CA 94306-2121
3413556* +CALVIN F MEEHAN AND SHIRLEY A KING, 6109 KELSTON FREEN DRIVE, GLEN ALLEN VA 23059-6975
3413557* +CARMELLA GRANADO, 2099 FLINTCREST DRIVE, SAN JOSE CA 95148-1229
3413559* +CHARLES G AND NANCY L DEGUARA, PO BOX 505, HERALD CA 95638-0505
3413560* +CHARLES SCHWAB AND CO INC, FBO BARBARA RULF IRA ROLLOVER, 8118 MARCY AVENUE, SPRINGFIELD VA 22152-3045
3413561* +CHRIS M AND EMILY BERWICK, 4095 ACAPULCO DRIVE, CAMPBELL CA 95008-3800
3413738* +CHRIS M AND EMILY BERWICK, 4095 ACAPULCO DRIVE, CAMPBELL CA 95008-3800
3413739* +CHRISTOPHER DEVLYN CARLSON, 37 FRANCESCA AVE 1, SOMERVILLE MA 02144-2001
3413564* +COBY FREIHAMMER, 2870 PELICAN DRIVE, UNION CITY CA 94587-3145
3413740* +DAMIAL JOEL AND JOLEE M CROUCHER, 3952 BIG CLOUD WAY, ANTELOPE CA 95843-2409
3413741* +DANIEL AND JUDITH FREIHAMMER, TTEES FREIHAMMER FAMILY LIVING TRUST, 2870 PELICAN DRIVE, UNION CITY CA 94587-3145
3413567* +DANIEL J AND SANDRA YADGIR, 230 EAST GLADSTONE STREET, SAN DIMAS CA 91773-1829
3413571* +DAVID I BOSTWICK, 364 W EDITH AVENUE, LOS ALTOS CA 94022-2607
3413573* DELL COMMERCIAL CREDIT, PO BOX 689020, DES MOINES IA 50368-9020
3413574* DENNIS O AND REACHELL CROUCHER, 3684 HIGHWAY ROAD, CATHEYS VALLEY CA 95306
3413575* +DEXTER C TIGHT JR, 590 MENLO OAKS DRIVE, MENLO PARK CA 94025-2348
3413744* +DEXTER C TIGHT JR, 590 MENLO OAKS DRIVE, MENLO PARK CA 94025-2348
3413576* +DIANE PARKER, 66-964 KAMAKAHALA STREET, WAIALUA HI 96791-9737
3413745* +DIANE PARKER, 66-964 KAMAKAHALA STREET, WAIALUA HI 96791-9737
3413746* +DLA PIPER RUDNICK GRAY CARY US LLP, 2000 UNIVERSITY AVE EAST, PALO ALTO CA 94303-2214
3413579* +DONALD C BAUR, 2109 FOREST HILL RD, ALEXANDRIA VA 22307-1129
3413580* +DYANN TRESENFELD, 235 BEVERLY PLACE, PACIFICA CA 94044-1419
3413581* EDWARD BEARDSWORTH, 951 LINCOLN AVENUE, PALO ALTO CA 94301-3041
3413747* EDWARD BEARDSWORTH, 951 LINCOLN AVENUE, PALO ALTO CA 94301-3041
3413582* +EDWARD BERWICK, PO BOX 1466, LOS ALTOS CA 94023-1466
3413748* +EDWARD BERWICK, PO BOX 1466, LOS ALTOS CA 94023-1466
3413749* +ELAN AND ORACLE, PO BOX 969, ALTOS CA 95001-0969
3413584* +FRANCES CLAUDE, 1007 PALOMAR DRIVE, REDWOOD CITY CA 94062-3829
3413750* +FRANCHISE TAX BOARD, PO BOX 942840, SACRAMENTO CA 94240
3413589* +GENE TRESENFELD, 523 ANTELOPE WAY, EUGENE OR 97401-5589
3413751* +GENE TRESENFELD, 523 ANTELOPE WAY, EUGENE OR 97401-5589
3413590* +GEORGE A LEE, 1263 LOS TRANCOS ROAD, PORTOLA VALLEY CA 94028-8125
3413752* +GEORGE A LEE, 1263 LOS TRANCOS ROAD, PORTOLA VALLEY CA 94028-8125
3413591* +GEORGE AND CAROL M PETERS, 365 HAMLET RD, MANAKIN-SABOT VA 23103-2916
3413753* +GERALD L AND BARBARA J FRIEHAMMER TTEES, FREIHAMMER FAMILY LIVING TRUST, 916 MARS COURT, LIVERMORE CA 94550-6309
3413754* +GERY L STEINBERG, 10750 NEW AVENUE, GILROY CA 95020-9063
3413593* +GINGER F YOUNG, 5802 CRISFIELD COURT, OXON HILL MD 20745-2325
3413755* +GLENN C AND YING L SANDERS, 201 ADA AVE 28, MOUNTAIN VIEW CA 94043-4943
3413596* GRAHAM SEIBERT IRA ROLLOVER, 5700 MOHICAN PLACE, BETHESDA MD 20816-1055
3413597* +GREGORY B GILBERT, 52-A LABURNUM ROAD, ATHERTON CA 94027-2124
3413599* +HARLAN H OHARA, 1765 LEDGEWOOD DRIVE, SAN JOSE CA 95124-3147
3413600* +HAROLD AND CINDY ROEHRICH, 88 SILO COURT, GURNEE IL 60031-4459
3413601* HILLORY F WIGGIN, 1001 SPRING STREET APT 426, SILVER SPRING MD 20910-4009
3413602* +ILMAR WALDNER, 4431 OLD RIVER STREET, OCEAN SIDE CA 92057-6002
3413757* +ILMAR WALDNER, 4431 OLD RIVER STREET, OCEAN SIDE CA 92057-6002
3413758* INTERNAL REVENUE SERVICE, OGDEN UT 84201-0012
3413604* +IVAN TEMES, 994 VAN AUKEN CIRCLE, PALO ALTO CA 94303-3841
3413605* +JACOB PACANSKY, 6343 GONDOLA WAY, SAN JOSE CA 95120-3933
3413606* +JAMES B ARKEBAUER, 4950 EAST EVANS SUITE 105, DENVER CO 80222-5209
3413607* +JAMES E AND VALERIE A STEVENS, 129 HUNTER SPRING LANE, MOORESVILLE NC 28117-3702
3413608* +JAMES R SHEATS, 244 WEBSTER ST, PALO ALTO CA 94301-1235
3413610* +JANELLE C FREIHAMMER, 2870 PELICAN DRIVE, UNION CITY CA 94587-3145
3413611* +JBMJ PARTNERSHIP, 7214 BLAIR ROAD NW, WASHINGTON DC 20012-1816
3413612* +JEANETTE DIANE TELESKY TRUST, C/O JEANETTE D TELESKY TEE, 2095 PARK AVENUE, SAN JOSE CA 95126-1307
3413616* +JOAN S MICHIE, 1716 CRESTVIEW DRIVE, POTOMAC MD 20854-2630
3413617* +JOHN B FENN JR, 23775 HARWICH PLACE, WEST HILLS CA 91307-1811
3413620* +JOHN D SHILLING REVOCABLE TRUST, C/O JOHN D SHILLING TEE, 36913 PAXSON ROAD, PURCELLVILLE VA 20132-3932
3413621* +JOHN O AND CAROL B WILLIS, 1111- 55 MORSE AVE, SUNNYVALE CA 94089-1613
3413760* +JOHN O AND CAROL B WILLIS, 1111- 55 MORSE AVE, SUNNYVALE CA 94089-1613
3413622* +JOHN P AND FRANCES R CLAUDE, 1007 PALAMAR DR, REDWOOD CITY CA 94062-3829
3413623* +JON C CARLSON, 136 MESA DRIVE, WINNEMUCCA NV 89445-2644
3413624* +JOSEPH P MINK, 461 SUMMIT AVE FL 1, CALSTADT NJ 07072-1826
3413761* +JOSEPH P MINK, 461 SUMMIT AVE FL 1, CALSTADT NJ 07072-1826
3413625* +JOSEPHINE DAVIDSON, C/O SIRIUS COMMUNITY, 72 BAKER RD, SHUTEBURY MA 01072-9703
3413759* +Jerry Namba, 625 East Chapel Street, Santa Maria, CA 93454-4521
3413627* +KARL C WEIGL, C/O BRS GROUP, 901 E STREET SUITE 300, SAN RAFAEL CA 94901-2850
3413628* +KATRINA M JOHNSON, 311 WEST MAPLE AVE, TULARE CA 93274-2753
3413631* +LAURIE REA REVOCABLE TRUST, C/O LAURIE REA TEE, 763 MEADOWLARK STREET, LIVERMORE CA 94551-4209
3413632* +LYLE CHARLES HURST, 754 HOMER, PALO ALTO CA 94301-2907
3413633* +LYNN CAROL ANDERSON, 40470 LANDON AVENUE, FREMONT CA 94538-2421
3413762* +MARGARET M WEBB, 25321 PINECREEK LANE, WILMINGTON CA 90744-1861
3413636* +MARJORIE PATRICIA SINGER, 681 WAVERLEY STREET, PALO ALTO CA 94301-2550
3413638* +MARK P AND DALE B ENGELHART, 1769 ROSEMARY LANE, REDWOOD CITY CA 94061-2616

***** BYPASSED RECIPIENTS (continued) *****
3413763* +MASSACHUSETTS INSTITUTE OF TECH, ROOM NE25-230, FIVE CAMBRIDGE CENTER, CAMBRIDGE MA 02142-1407
3413640* +MED-CELL LLC, 750 MENLO AVE STE 200, MENLO PARK CA 94025-4735
3413764* +MED-CELL LLC, 750 MENLO AVE STE 200, MENLO PARK CA 94025-4735
3413641* +MEGAN BERWICK, 2915 BROADWAY, SANTA MONICA CA 90404-3109
3413642* +MELYNDA A HIBPSHMAN, PO BOX 1385, MARIPOSA CA 95338-1385
3413643* +MENLOSUITE, 750 MENLO AVE STE 200, MENLO PARK CA 94025-4735
3413765* +MENLOSUITE, 750 MENLO AVE STE 200, MENLO PARK CA 94025-4735
3413645* +MICHAEL M KENNEDY, 91-1530 WAHANE STREET, KAPOLEI HI 96707-3105
3413647* +MICHAEL P MAGBUHAT, 36803 DAPHINE AVENUE, FREMONT CA 94536-4810
3413767* +MICHAEL P MAGBUHAT, 36803 DAPHINE AVENUE, FREMONT CA 94536-4810
3413648* +MICHAEL PORVAZNIK AND, CHRISTINE KARLSEN, 1261 DARTMOUNT COURT, ALEXANDRIA VA 22314-4784
3413768* +MICHAEL PORVAZNIK AND CHRISTINE KARLSEN, 1261 DARTMOUNT COURT, ALEXANDRIA VA 22314-4784
3413649* MICHAEL T WRIGHT, PO BOX 223662, CARMEL CA 93922-3662
3413651* +MINORU AND ALTHEA TOMIJIMA, 190 E CREEK DRIVE, MENLO PARK CA 94025-3660
3413652* +MOLLY PFAU CLOPP, 713 JOREE LANE, SAN RAMON CA 94582-3202
3413769* +NICHOLAS F AND JOAN MARIE PASCH, 1470 DEL SOLO DRIVE, PACIFICA CA 94044-4004
3413656* O A GOTH AND G E GOTH TRUST, C/O GRETA GOTH TEE, 1265 WESTRIDGE DRIVE, PORTOLA VALLEY CA 94028-7342
3413771* O A GOTH AND G E GOTH TRUST, C/O GRETA GOTH TEE, 1265 WESTRIDGE DRIVE, PORTOLA VALLEY CA 94028-7342
3413662* +PETER G SCHMITZ, 841 W BELDEN AVENUE, CHICAGO IL 60614-3240
3413773* +PETERSON NOLL AND GOODMAN, PLC 8214-C OLD COURTHOUSE RD, VIENNA VA 22182-3888
3413664* +PETERSON NOLL AND GOODMAN PLC, 8214-C OLD COURTHOUSE RD, VIENNA VA 22182-3888
3413666* +PIERCE AND SHEARER LLP, 2465 E BAYSHORE RD STE 403, PALO ALTO CA 94303-3228
3413774* +PIERCE AND SHEARER LLP, 2465 E BAYSHORE RD STE 403, PALO ALTO CA 94303-3228
3413667* RAFFERTY REVOCABLE TRUST, C/O ANN ELIZABETH RAFFERTY TEE, PO BOX 1404, LOS ALTOS CA 94023-1404
3413776* +RANDY G AND KRISTIN L FEHRENBACHER, 210 ASHWOOD COURT, LINCOLN CA 95648-2087
3413668* +RAYMOND KUNITA, 2444 INDIAN DRIVE, PALO ALTO CA 94303-3544
3413669* +REBECCA BENDER, 7286 VENTANA DRIVE, SAN JOSE CA 95129-3516
3413670* +RICHARD DAVID JOHNSON, 2253 RAYMOND AVE BOX 3432, RAMONA CA 92065-3035
3413671* +RICHARD J AND KATHERINE A OPAL, 7380 BRADFORD COURT, GURNEE IL 60031-5347
3413777* +RICHARD L SWISHER, 8541 DEVINE AVE, NORTHFIELD MN 55057-4320
3413674* +RICHARD S KAPLAN, 10532 VANALDEN AVENUE, NORTHRIDGE CA 91326-3037
3413778* +RICHARD S KAPLAN, 10532 VANALDEN AVENUE, NORTHRIDGE CA 91326-3037
3413676* +ROBERT AND CAROLINE M GERUGHTY, 11490 CRESTRIDGE DRIVE, LOS ALTOS CA 94024-6344
3413677* +ROBERT AND KIMBERLY HUNT, 447 ARLINGTON ROAD, REDWOOD CA 94062-1838
3413678* +ROBERT D AND BRENDA J HINKLE, 5009 KRISTINA COURT, FAIRFAX VA 22030-8247
3413779* ROBERT EDWARD SHEPHERD, 7 SHACKEL AVENUE, CONCORD NSW 2137, AUSTRALIA
3413780* +ROBERT L CORMIA, 1131 SHENANDOAH DRIVE, SUNNYVALE CA 94087-2221
3413681* +ROBERT PERL, 18 LEROY STREET, NEW YORK NY 10114-0001
3413682* +ROBERT S AND CHERYL A CARLSON, 1224 N SECOND STREET, LOMPOC CA 93436-3553
3413683* +ROBERT S AND MARGERY R CARLSON, 1308 JASON STREET, LOMPOC CA 93436-8221
3413684* +RODRIGO H GARCIA, 3055 MAGNUM DRIVE, SAN JOSE CA 95135-1057
3413781* +RODRIGO H GARCIA, 3055 MAGNUM DRIVE, SAN JOSE CA 95135-1057
3413685* +ROLLTRONICS CORPORATION, 1111-55 MORSE AVE, SUNNYVALE CA 94089-1613
3413782* +ROLLTRONICS CORPORATION, 1111-55 MORSE AVE, SUNNYVALE CA 94089-1613
3413783* +RON HORWATH, 11052 CANYON VISTA DRIVE, CUPERTINO CA 95014-5405
3413688* +RON Z SHINAR, 5185 WEST ANGELA DRIVE, GLENDALE AZ 85308-5318
3413686* +Rolltronics Corporation, 1111-55 Morse Ave, Sunnyvale, CA 94089-1613
3413692* +SARAH LAMB, 460 FAIRHILLS DRIVE, SAN RAFAEL CA 94901-1113
3413784* +SHAHEEN NAQVI, 11146 PALOS VERDES DRIVE, CUPERTINO CA 95014-4723
3413693* +SHARON L SARRIS AND STANLEY D JONES, 584 RIO DEL MAR BOULEVARD, APTOS CA 95003-4710
3413694* +SHELDON M SPERBER, 2803 VICTORIA WAY M4, COCONUT CREEK FL 33066-1328
3413695* +SHELTON A STAUFFER, 41821 WOODHAVEN WEST, PALM DESERT CA 92211-8117
3413696* +SIDNEY MARSHALL, 24 TOOMLIN DRIVE, NEPTUNE NJ 07753-3007
3413785* +SIDNEY MARSHALL, 24 TOOMLIN DRIVE, NEPTUNE NJ 07753-3007
3413697* +STEPHEN F DREYER, PO BOX 397, LOS ALTOS CA 94023-0397
3413698* +STEPHEN L SPEARS AND, BARBARA H INGLIS, PO BOX 830, KALAHEO HI 96741-0830
3413703* +TABOREK 2002 FAMILY TRUST, C/O RICHARD TABOREK SR TEE, 1441 WALNUT DRIVE, CAMPBELL CA 95008-6836
3413787* TAKEKI KOBAYASHI, 7-8-13 MAGARIKSNE, SHIZUOKA 422-8006, JAPAN
3413707* +THE EDELMAN 1998 REVOCABLE TRUST, C/O HOWARD EDELMAN TEE, 16170 KENNEDY ROAD, LOS GATOS CA 95032-6432
3413709* +THE KALLMAN FAMILY TRUST, C/O ROBERT AND RUTH KALLMAN TTEES, 1671 SHORELINE DRIVE, SANTA BARBARA CA 93109-2023
3413710* +THE NORRIS R COIT FAMILY TRUST, C/O NORRIS COIT TEE, 1210 1/2 HUMBOLDT STREET, RENO NV 89509-2730
3413788* +THE NORRIS R COIT FAMILY TRUST, C/O NORRIS COIT TEE, 1210 1/2 HUMBOLDT STREET, RENO NV 89509-2730
3413711* THE SEER FOUNDATION, C/O GORDON DAVIDSON, 6 BAY HILLS DRIVE, SAN RAFAEL CA 94903-3022
3413789* THE SEER FOUNDATION, C/O GORDON DAVIDSON, 6 BAY HILLS DRIVE, SAN RAFAEL CA 94903-3022
3413791* +TIMOTHY A SHIMKO & ASSOC, 2010 HUNTINGTON BLDG, 925 EUCLID AVE, CLEVELAND OH 44115-1408
3413716* +TIMOTHY A SHIMKO AND ASSOC, 2010 HUNTINGTON BLDG, 925 EUCLID AVE, CLEVELAND OH 44115-1408
3413721* TRELLIS INTELLECTUAL PROP LAW GROUP, 1900 EMBARCADERO RD STE 109, PALO ALTO CA 94303-3310
3413793* TRELLIS INTELLECTUAL PROP LAW GROUP, 1900 EMBARCADERO RD STE 109, PALO ALTO CA 94303-3310
3413723* +TYDEMAN 2004 FAMILY TRUST, C/O RICHARD AND JANICE TYDEMAN TTEES, 1955 EDGEWOOD ROAD, REDWOOD CITY CA 94062-3222
3413792* +Timothy A. Shimko & Assoc., Co., LPA, 2010 Huntington Bldg., 925 Euclid Avenue, Cleveland, OH 44115-1408
3413794* +UNITED STATES TRUSTEE, 1415 STATE STREET, SANTA BARBARA CA 93101-2511
3413795* +VOLTAFLEX CORPORATION, 1111-55 MORSE AVE, SUNNYVALE CA 94089-1613

***** BYPASSED RECIPIENTS (continued) *****

| | |
|---|---|
| 3413796* | +VoltaFlex Corporation, 1111-55 Morse Ave, Sunnyvale, CA 94089-1613 |
| 3413726* | +WAGNER MURABITO AND HAO LLP, TWO N MARKET ST THIRD FLOOR, SAN JOSE CA 95113-1211 |
| 3413797* | +WAGNER MURABITO AND HAO LLP, TWO N MARKET ST THIRD FLOOR, SAN JOSE CA 95113-1211 |
| 3413798* | WAYNE FARMER, 402A E HOWELL AVENUE, ALEXANDRIA VA 22301-1214 |
| 3413799* | +WILLIAM AND ANNE SMITH, 5781 HARNESS COVE, HERRIMAN UT 84096-1753 |
| 3413800* | WILMA C BROOKS TEE, FOR BROOKS FAMILY TRUST, 1314 W AVENUE 0, PALMDALE CA 93551 |

TOTALS: 12, * 164

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 14, 2007** **Signature:** Joseph Speetjens